

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 15, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | CASE NO. 19-45206-ELM |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

### ORDER APPROVING THE EMPLOYMENT OF ROSEN SYSTEMS, INC., AS AUCTIONEER

CAME ON TO BE CONSIDERED the Trustee's Application to Employ Rosen Systems, Inc., ("Applicant") as Auctioneer (the "Application") in this case to provide auction services for the liquidation of property of the estate pursuant to Court approved sales.  The Court finds that Applicant has represented that it is qualified to provide professional auction services, and has

represented that it is disinterested and does not represent any interest adverse to the estate. Accordingly, the Court finds good cause to approve the application. It is hereby:

ORDERED that the Trustee is authorized to employ Applicant as auctioneer under the terms set out in the Application pursuant to 11 U.S.C. §327; with compensation and reimbursement of expenses of Applicant subject to further Court order approving same.

# # # End of Order # # #


**PREPARED BY:**

THE LAW OFFICE OF SHAWN K. BROWN PLLC

*/s/ Shawn K. Brown*
State Bar No. 03170490
P.O. Box 93749
Southlake, TX 76092
Phone:  (817) 488-6023
Fax:     (888) 688-4621
shawn@browntrustee.com