

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 16, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, | § | CASE NO. 19-45206-ELM |
| INC. | § | |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**ORDER APPROVING EMPLOYMENT OF**
**GENERAL COUNSEL FOR THE CHAPTER 7 TRUSTEE**

On this day came on for consideration the Amended Application of Shawn K. Brown, the chapter 7 Trustee in this case ("Trustee") seeking authority to employ The Law Office of Shawn K. Brown PLLC (the "Application"), to act as general counsel for the Trustee, and it appearing that no notice of hearing on said Application need be given, and no adverse interest or lack of disinterestedness having been represented, and it further appearing that the attorneys in the firm are admitted to practice in this Court, and the Court being satisfied that said firm represents no interest

adverse to the Trustee or the estate herein, and it appearing that the employment of the firm would be in the best interest of the estate, it is therefore,

**ORDERED** that The Law Office of Shawn K. Brown PC is hereby employed as general counsel for Shawn K. Brown, Chapter 7 Trustee in this case, to represent him in the case as general counsel as to issues, including but not limited to:

a. Furnishing legal advice to the Trustee with regard to his powers, duties and responsibilities as a Chapter 7 Trustee;

b. The preparation, for and on behalf of the Trustee, of all necessary applications, motions, answers, orders, reports and other legal papers;

c. Investigating and prosecuting preference and fraudulent transfer actions arising under the avoidance powers of the Bankruptcy Code;

d. To appear for, prosecute, defend and represent Trustee's interest in suits arising in or related to this case not otherwise represented by special counsel; and

e. Performing all other legal services for the Trustee that may be necessary herein.

# # # End of Order # # #

**PREPARED BY:**

THE LAW OFFICE OF SHAWN K. BROWN PLLC

*/s/ Shawn K. Brown*
State Bar No. 03170490
P.O. Box 93749
Southlake, TX 76092
Phone:  (817) 488-6023
Fax:     (888) 688-4621
shawn@browntrustee.com