## U.S. Bankruptcy Court, Northern District of Texas - Undeliverable Notice, In re: Synergy Fabrication, Inc., Case Number: 19-45206, elm, Ref: [p-144139550]

From: usbankruptcycourts@noticingcenter.com

To: lkhercules@yahoo.com

Date: Tuesday, December 31, 2019, 11:37 AM CST

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 1, 2020

From: United States Bankruptcy Court, Northern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Synergy Fabrication, Inc., Case Number 19-45206, elm

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
501 W. Tenth Street
Fort Worth, TX 76102

---

Undeliverable Address:
Frisa Foriados S.A. DE C.V.
Valentin G. Rivero
Col. Los Trevino No. 127
Santa Catarina,

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

c/o Adam R. Fracht - Stibbs & Co., P.C.
819 Crossbridge Dr., Spring, TX. 77373

Undeliverable Address:
Pro-Flo Sales, LLC

1863 Mayview Rd Ste 103
Bridgeville, PA 15017-1518

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2301 W PIKE ST # 100, HOUSTON PA 15342-1158 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

10125 Bull Run
Fort Worth, TX. 76177

Undeliverable Address:
Union Energy Solutions
323 Thomas Pl No. A
Everman, TX 76140-4609

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 311 THOMAS PL # A, FORT WORTH TX 76140-4609 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

311 Thomas Place
Everman, TX. 76140

_Larry H. Hercules_                    1-17-20
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P41945206309C0009.PDF
5.7kB