**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | CASE NO. 19-45206-elm7 |
| | § | |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

1. The undersigned attorney enters his appearance as the attorney of record for Mewbourne Oil Company in this case. The undersigned attorney duly requests that the Court and all parties take due notice of this entry of appearance on behalf of Mewbourne Oil Company. The undersigned attorney requests that all notices given or required to be given in this case, and any cases consolidated or related hereto, and all papers served or required to be served in this case, and any cases or related hereto, be given to and served upon:

> Shad Robinson
> State Bar No. 24013412
> HALEY & OLSON, P.C.
> 100 N. Ritchie Road, Suite 200
> Waco, Texas 76712
> Telephone: (254) 776-3336
> Telecopier: (254) 776-6823

2. This request encompasses all notices, copies, and pleadings referred to in the United States Code or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, any other documents brought before this Court in this and any related case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telefax or otherwise.

3. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the rights of Mewbourne Oil Company to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the rights of Mewbourne Oil Company to trial by jury in any case, controversy or proceeding related hereto; (iii) the rights of Mewbourne Oil Company to request a withdrawal of the reference by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which Mewbourne Oil Company is or may be entitled, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments, if any Mewbourne Oil Company expressly reserves.

Respectfully submitted,

HALEY & OLSON, P.C.

BY: /s/ Shad Robinson
Shad Robinson
Bar Card No. 24013412
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Facsimile: (254) 776-6823
Email: srobinson@haleyolson.com

ATTORNEY FOR MEWBOURNE OIL COMPANY

**Certificate of Service**

      I certify that on January 28, 2020 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

Synergy Fabrication, Inc.
Debtor
1432 E. Devitt St.
Fort Worth, TX 76119-3007

Larry K. Hercules
Attorney for Debtor
1400 Preston Road, Suite 400
Plano, TX 75093

Shawn K. Brown
Chapter 7 Trustee
PO Box 93749
Southlake, TX 76092

C. Larry Carbo, III
Attorney for Gas and Supply North Texas, LLC
1200 Smith Street, Suite 1400
Houston, TX 77002

Craig M. Crockett
Attorney for TCRG RE Everman Parkway, LLC
5201 Camp Bowie Blvd., Suite 200
Fort Worth, TX 76107

                                                /s/ Shad Robinson
                                                Shad Robinson