**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-45206-ELM |
| | § | |
| SYNERGY FABRICATION, INC. | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**CERTIFICATE OF NO OBJECTIONS (Docket No. 6)**

      On January 14, 2020, Shawn K. Brown, chapter 7 Trustee ("Trustee"), filed and served his Motion to Sell Certain Assets of the Estate by Public Auction, Free and Clear of all Liens, Claims, and Encumbrances Pursuant to §363 of the Bankruptcy Code (the "Motion"). Pursuant to N.D. Tex. L.B.R. 9007-1(c), as part of the Motion, the Trustee gave notice of a response deadline of at least 24 days after service of the Motion. The Motion was served by mail and/or the Court's CM/ECF electronic filing system. Responses were to be served no later than February 7, 2020. Any objections to the Motion were to have been served on the Trustee. As of the filing date of this Certificate, the Trustee has received no objections or responses, and the docket reflects that no objections or responses have been filed.

      Respectfully submitted,

THE LAW OFFICE OF SHAWN K. BROWN PLLC

/s/ Shawn K. Brown
State Bar No. 03170490
P.O. Box 93749
Southlake, TX 76092
(817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE