**Fill in this information to identify the case:**

Debtor name: **Synergy Fabrication, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

Case number (if known): **19-45206**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**LA Dept Revenue New Orleans Office**<br><br>**1450 Poydras St Ste 800**<br>**New Orleans, LA 70112-0800**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $26,222.64 | $26,222.64 |
| 2.2 | Priority creditor's name and mailing address<br>**Texas Comptroller of Public Account**<br><br>**PO Box 149348**<br>**Austin, TX 78714-9348**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $10,531.97 | $10,531.97 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Synergy Fabrication, Inc.**  Case number (if known)  **19-45206**
         Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**30-06 Leasing**<br><br>**3006 Fairway Oaks Ln**<br>**Longview, TX 75605-2651**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $26,144.25 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Accurate Mfg. Co., Inc.**<br><br>**3332 S Grove St**<br>**Fort Worth, TX 76110-4305**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,413.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Aeon PEC**<br><br>**505 Aero Dr**<br>**Shreveport, LA 71107-6941**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,170.35 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Air Power Sales & Service**<br><br>**823 Wewt Marshall Ave**<br>**Longview, TX 75601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $24,158.60 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Alexander's Machine**<br><br>**3700 N Commerce St**<br>**Fort Worth, TX 76106-2710**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,125.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Allendorph Specialties, Inc.**<br><br>**201 Stanton Rd**<br>**Broussard, LA 70518-3430**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $353,476.28 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Allied Administrators for Delta Dental**<br><br>**PO Box 45793**<br>**San Francisco, CA 94145**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,389.40 |

Debtor **Synergy Fabrication, Inc.** Case number (if known) **19-45206**
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,573.38 |
|---|---|---|---|
| | **Allstate Benefits**<br>**Attn: Payment Processing Center**<br>**PO Box 650514**<br>**Dallas, TX 75265-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,400.00 |
|---|---|---|---|
| | **American Allow Steel**<br><br>**PO Box 40469**<br>**Houston, TX 77240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $203,049.62 |
|---|---|---|---|
| | **American Piping Products**<br><br>**825 Maryville Centre Dr Ste 310**<br>**Chesterfield, MO 63017-5946** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $292.50 |
|---|---|---|---|
| | **Armstrong The Law Firm, PC**<br><br>**1400 Gables Ct Ste 103**<br>**Plano, TX 75075-7643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $131.92 |
|---|---|---|---|
| | **Atmos Energy**<br><br>**PO Box 790311**<br>**Saint Louis, MO 63179-0311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,613.00 |
|---|---|---|---|
| | **Baker Tankhead**<br><br>**10405 North Fwy**<br>**Fort Worth, TX 76177-7127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $309.10 |
|---|---|---|---|
| | **Baxter Clean Care**<br><br>**114 E Niblick St**<br>**Longview, TX 75604-4120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Synergy Fabrication, Inc.** Case number (if known) **19-45206**
Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Blaylock Gasket & Packing**<br><br>**3213 Ramona Dr**<br>**Fort Worth, TX 76116-5137**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,862.28** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Blue Horizon Fabrication, LLC**<br><br>**5 Quarry Ln**<br>**Hickory, PA 15340-1319**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,363.82** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Bob Davies Sales**<br><br>**214 Danville St**<br>**Kilgore, TX 75662**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,760.45** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Bonded Inspections**<br><br>**10817 Sanden Dr**<br>**Dallas, TX 75238-1338**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$185,126.99** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**BTB Contracting LLC**<br><br>**PO Box 60206**<br>**San Angelo, TX 76906**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,545.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Bureau Veritas - Onecis Insurance**<br><br>**PO Box 277908**<br>**Atlanta, GA 30384-7908**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,040.93** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Camino Natural Resources, LLC**<br><br>**13861 Quail Pointe Dr Ste A**<br>**Oklahoma City, OK 73134-1005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$127,136.00** |

Debtor **Synergy Fabrication, Inc.**  Case number (if known) **19-45206**
Name

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Charter Communications**<br><br>**PO Box 790261**<br>**Saint Louis, MO 63101**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$44.52** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Circle B Measurments and Fabrication, LL**<br><br>**14034 E Marshall St**<br>**Tulsa, OK 74116-2138**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$24,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**City of Fort Worth Water Dept**<br><br>**PO Box 961003**<br>**Fort Worth, TX 76161**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Clemtex**<br><br>**PO Box 15214**<br>**Houston, TX 77220**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,891.75** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Cohn & Gregory**<br><br>**PO Box 7419**<br>**Fort Worth, TX 76111**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$171,613.57** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**DADA Broker, LLC**<br><br>**PO Box 7782**<br>**North Port, FL 34290**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,500.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**DeCarteret Transport, LLC**<br><br>**100 Jackson St Ste 303**<br>**Houston, TX 77002-2254**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,095.00** |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Dedicated Carriers, Inc.**<br><br>**4627 Town N Country Blvd**<br>**Tampa, FL 33615-4523**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $29,250.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**DNU\*\*\*Genesis Venture Logistics\*\*DNU**<br><br>**10 Saint Ann Dr**<br>**Mandeville, LA 70471-3265**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,500.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**EdgeMarc**<br><br>**1800 Main St # 2200**<br>**Canonsburg, PA 15317-5860**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $200,328.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Flameco**<br><br>**PO Box 4303**<br>**Tulsa, OK 74159**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,600.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Fort Worth F&D Head Company**<br><br>**PO Box 79700**<br>**Saginaw, TX 76179**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $244,012.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Frisa Foriados S.A.DE C.V.**<br>**Valentin G. Rivero**<br> **Col. Los Trevino  No. 127**<br> **Santa Catarina**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $448,880.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Gas & Supply**<br><br>**5000 Saunders Rd**<br>**Fort Worth, TX 76119-6468**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $84,661.87 |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Gas and Supply North Texas**<br><br>**125 Thruway Park Rd**<br>**Broussard, LA 70518-3601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,287.49** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**GEXA Energy**<br><br>**PO Box 660100**<br>**Dallas, TX 75266**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,951.07** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Greene's Energy Group, LLC**<br><br>**10806 WCR 74**<br>**Midland, TX 79701**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,176.87** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Haigood & Campbell**<br><br>**PO Box 1066**<br>**Archer City, TX 76351**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,189.94** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Hal Allen Family LP**<br><br>**713 Wakefield Ct**<br>**El Paso, TX 79922-2127**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$39,247.20** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**HERC Rentals Inc.**<br><br>**PO Box 936257**<br>**Atlanta, GA 31193**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,053.70** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Industrial Piping Specialist**<br><br>**PO Box 581270**<br>**Tulsa, OK 74158**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,482.71** |

Debtor **Synergy Fabrication, Inc.**
Name

Case number (if known) **19-45206**

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Industrial Refractory**<br><br>**2300 S Main St**<br>**Fort Worth, TX 76110-2705**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $11,673.79 |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**J & N Supply**<br><br>**1212 Riverside Dr**<br>**Fort Worth, TX 76111-3616**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $38.92 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Jet Specialty, Inc.**<br><br>**211 Market Ave**<br>**Boerne, TX 78006-3050**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,257.20 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Lonestar Forklift**<br><br>**4213 Forest Ln**<br>**Garland, TX 75042-6820**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $29,195.97 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**LTTS Machine Shop**<br><br>**2738 Ludelle St**<br>**Fort Worth, TX 76105-1211**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $12,942.84 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Luxor Staffing, Inc.**<br><br>**PO Box 75410**<br>**Chicago, IL 60675**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $30,048.42 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**LYNCO**<br><br>**5114 Steadmont Dr**<br>**Houston, TX 77040-6526**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $142,340.63 |

Debtor **Synergy Fabrication, Inc.**
Name

Case number (if known) **19-45206**

| 3.50 | **Nonpriority creditor's name and mailing address**<br>**M.N. Gumbert Corporation dba**<br>**S.O.T. Abrasives & Equipment**<br>**10750 Metric Dr**<br>**Dallas, TX 75243-8504**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $392.00 |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**MAC Machine**<br><br>**201 E Shady Grove Rd**<br>**Grand Prairie, TX 75050-6647**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $28,405.00 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Matheson Tri-Gas, Inc.**<br>**Dept. 301**<br>**PO Box 123028**<br>**Dallas, TX 75312-3028**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $909.55 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**McNabb Equipment Services, LLC**<br><br>**10025 Stidham Rd**<br>**Conroe, TX 77302-7624**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $15,000.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Merdeca, LLC**<br><br>**PO Box 217**<br>**Hinton, OK 73047**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $105,385.50 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Mewbourne Oil Company**<br><br>**4801 Business Park**<br>**Hobbs, NM 88240**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $98,850.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Mid South Metals LLC**<br>**Dept. #40261**<br>**PO Box 2153**<br>**Birmingham, AL 35287-0002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $51,436.74 |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Mirbagheri & Smith, LLP**<br><br>**1688 E Gude Dr Ste 201**<br>**Rockville, MD 20850-5317**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,335.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Nobility Logistics, Inc.**<br><br>**2913 Wilderness Blvd W**<br>**Parrish, FL 34219-9054**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $13,450.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**O'Neal Industries, Inc.**<br>**DBA O'Neal Steel LLC**<br>**PO Box 934243**<br>**Atlanta, GA 31193-4243**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $27,237.48 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Occupational Health Services**<br><br>**PO Box 12089**<br>**Fort Worth, TX 76110**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $180.00 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Oil States Piper Valve**<br><br>**1020 E Grand Blvd**<br>**Oklahoma City, OK 73129-8403**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $30,206.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**P&W Sales**<br><br>**405 State Highway I35 N**<br>**Kilgore, TX 75662**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $249,234.73 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**PEI Machine Division, LLC**<br>**DBA Pipeline Equipment, Inc.**<br>**8403 S 89th Ave**<br>**Tulsa, OK 74101**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,717.00 |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Specialty**<br><br>**2301 W Pike St Ste 100**<br>**Houston, PA 15342-1158**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$486,075.58** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Piper Oilfield Products**<br><br>**PO Box 94520**<br>**Oklahoma City, OK 73143**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$33,077.41** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**PLS Logistics**<br><br>**3120 Unionville Rd Ste 110**<br>**Cranberry Township, PA 16066-3437**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,000.00** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Premium Weld Services**<br><br>**PO Box 422**<br>**Santo, TX 76472**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$49,630.34** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Prestige Valve and Supply, LLC**<br><br>**PO Box 863**<br>**Haslet, TX 76052**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$40,998.35** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Pro-Flo Sales, LLC**<br><br>**1863 Mayview Rd Ste 103**<br>**Bridgeville, PA 15017-1518**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$16,225.10** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**R&M Forge & Fittings**<br><br>**6455 Wesco Way**<br>**Houston, TX 77041-3403**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,243.94** |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Ranger Energy Products, LLC**<br><br>**6723 Bartlett Rd**<br>**Katy, TX 77493-8026**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $100,929.06 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Richards Supply Company**<br><br>**PO Box 1878**<br>**Waco, TX 76703**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,429.32 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Roughneck Rentals, LLC**<br><br>**PO Box 748**<br>**Minden, LA 71058-0748**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $89,625.00 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**SAIA Motor Freight Line LLC**<br><br>**PO Box 730532**<br>**Dallas, TX 75373**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $288.92 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Service Waste, Inc.**<br><br>**PO Box 1195**<br>**Fort Worth, TX 76101-1195**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,072.85 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Shell Oil Company**<br><br>**PO Box 301445**<br>**Houston, TX 77230-1445**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $81,225.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Sherwin Williams**<br><br>**1001 N Henderson St**<br>**Fort Worth, TX 76107-1488**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $22,573.08 |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Southwest Metal Treating**<br><br>**PO Box 6270**<br>**Fort Worth, TX 76115**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $145,256.16 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Superior Vision of Texas**<br>**Attn Billing Department**<br>**PO Box 841135**<br>**Dallas, TX 75284-1135**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $972.56 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**TCRG Opportunity, LLC**<br><br>**5201 Camp Bowie Blvd Ste 200**<br>**Fort Worth, TX 76101**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,473.88 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Tectrol, Inc.**<br><br>**PO Box 11357**<br>**Odessa, TX 79760**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,473.20 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Texas Iron & Steel DFW, LLC**<br><br>**PO Box 543631**<br>**Dallas, TX 75354-3631**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,647.64 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Triple-S Steel Holdings, Inc.**<br>**INTSEL Steel Distributors**<br>**PO Box 21119**<br>**Houston, TX 77226-1119**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $45,361.95 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Tubular Steel, Inc.**<br><br>**PO Box 500052**<br>**Saint Louis, MO 63150**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,000.00 |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** <br> **Uniform Component** <br><br> **10703 Sheldon Rd** <br> **Houston, TX 77044-6003** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$193,979.00** |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** <br> **Union Energy Solutions** <br><br> **323 Thomas Pl # A** <br> **Everman, TX 76140-4609** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$78,750.00** |
| 3.87 | **Nonpriority creditor's name and mailing address** <br> **United Site Services** <br><br> **PO Box 660475** <br> **Dallas, TX 75266-0475** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,075.70** |
| 3.88 | **Nonpriority creditor's name and mailing address** <br> **UNUM Life Insurance Company of America** <br><br> **PO Box 406946** <br> **Atlanta, GA 30384-6946** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$319.59** |
| 3.89 | **Nonpriority creditor's name and mailing address** <br> **Willbanks Metals** <br><br> **1155 NE 28th St** <br> **Fort Worth, TX 76106-7241** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$15,269.00** |
| 3.90 | **Nonpriority creditor's name and mailing address** <br> **Williams Scotsman** <br><br> **901 S Bond St Ste 600** <br> **Baltimore, MD 21231-3348** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$15,269.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Synergy Fabrication, Inc.** | Case number (if known) | **19-45206** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Baker Monroe, PLLC**<br>**1612 Summit Ave Ste 100**<br>**Fort Worth, TX 76102-5916** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chamberlain, Hrdlocka, White, Williams**<br>**& Aughtry, P.C.**<br>**1200 Smith St Ste 1400**<br>**Houston, TX 77002-4496** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Davison Law Firm**<br>**6000 Poplar Ave Ste 250**<br>**Memphis, TN 38119-3974** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Landis, Rath & Cobb, LLP**<br>**919 N Market St Ste 1800**<br>**Wilmington, DE 19801-3033** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Martin Powers & Counsel, PLLC**<br>**600 E John Carpenter Fwy Ste 234**<br>**Irving, TX 75062-4460** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 36,754.61 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,722,325.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **4,759,080.57** |