H. Brandon Jones
State Bar No. 24060043
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton, Suite 1000
Fort Worth, Texas 76008
Phone: (817) 405-6914
brandon@bondsellis.com
COUNSEL FOR HAL ALLEN FAMILY, LP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| SYNERGY FABRICATION, INC. § | | CASE NO. 19-45206-ELM |
| § | | |
| § | | |
| DEBTOR § | | CHAPTER 7 |
| § | | |

**CERTIFICTE OF NO OBJECTION**

On February 17, 2020, Hal Allen Family, L.P. ("Landlord") filed and served a Motion for Approval of Agreed Order under Rule 4001(d) (the "Motion"), the Motion was joined by Shawn K. Brown, chapter 7 Trustee ("Trustee"). As part of the Motion, the Landlord gave notice of a response deadline of at least 14 days after service of the Motion. The Motion was served by mail and/or the Court's CM/ECF electronic filing system. Responses were to be served no later than March 2, 2020. Any objections to the Motion were to have been served on counsel for the Landlord as well as the Trustee. As of the filing date of this Certificate, counsel for the Landlord has received no objections or responses, and the docket reflects that no objections or responses have been filed.

Respectfully submitted,

/s/    H. Brandon Jones

H. Brandon Jones
State Bar No. 24060043
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton, Suite 1000
Fort Worth, Texas 76008

>Phone: (817) 405-6914
>brandon@bondsellis.com
>COUNSEL FOR HAL ALLEN FAMILY, LP

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing was served on those requesting services via this Court's electronic filing system.

>*/s/ H. Brandon Jones*
>H. Brandon Jones