Shawn K. Brown
TX Bar No. 03170490
The Law Office of Shawn K. Brown PLLC
PO Box 93749
Southlake TX 76092
(817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | Case No. 19-45206-ELM |
| | § | |
| Debtors. | § | Chapter 7 |

---

APPLICATION FOR COMPENSATION OF
AUCTIONEER AND FOR REIMBURSEMENT OF EXPENSES AND APPROVAL OF
REPORT OF SALE

---

Shawn K. Brown, Trustee in the above bankruptcy proceeding, files this Application for

Compensation of Auctioneer and for Reimbursement of Expenses and for Approval of Report of

Sale, and in support respectfully shows the Court the following:

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH
THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET,
ROOM 147, FORT WORTH, TX 76102 BEFORE THE CLOSE OF BUSINESS ON APRIL 16, 2020,
WHICH IS AT LEAST TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE
SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE.  IF A
RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING
PARTY.**

**IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF
REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER
GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157(a); 11 U.S.C.§330, and the standing order of reference. This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

2). This was commenced by filing a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code on December 30, 2019. Applicant is the duly appointed and qualified Chapter 7 Trustee for this estate.

3). Pursuant to the Notice of Auction entered on March 8, 2019, the trustee's duly employed auctioneer conducted a sale by public online auction through rosensystems.com of personal property of the estate originating from 2323 Langford Street, Dallas, Texas, and concluding on February 19, 2020.

4). As reflected in the Trustee's Report of Sale attached as Exhibit "A" to this Application, the sale brought a total of $352,716.39.

5). As specified in the Trustee's Application to Employ Auctioneer/Liquidator and the Order Approving Employment of Auctioneer/Liquidator attached as Exhibit "B" to this Application, the auctioneer's compensation is to retain the 10% buyer's premium after collection in the sum of $35,271.64.

6). Additionally, the Applicant requests approval for the reimbursement of the auctioneer's expenses totaling $17,303.95 as detailed in Exhibit "C" attached to this Application.

WHEREFORE, Shawn K. Brown, Trustee, requests this Court to enter an Order authorizing the Trustee to immediately pay Rosen Systems, Inc., Auctioneers/Liquidators, the sum of $17,303.95 for reimbursement of expenses; for retention by Applicant of the $35,,271.64 in collected buyer's premium, for approval of the Report of Sale, and for such other and further relief to which the estate may be justly entitled.

Respectfully submitted,

The Law Office of Shawn K. Brown PLLC

By: */s/ Shawn K. Brown*
TX Bar No. 03170490
The Law Office of Shawn K. Brown PLLC
PO Box 93749
Southlake, TX 76092
(817) 488-6023

Fax (888) 688-4621
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE AND VERIFICATION OF SERVICE**
**ON THE U.S. TRUSTEE**

I hereby certify that a true and correct copy of the ***Application for Compensation and Expenses*** was served upon the upon the Office of the U.S. Trustee (ECF), Debtor's counsel (ECF), and upon the parties requesting notice, via the Court's CM/ECF system on the date of filing.

*/s/ Shawn K. Brown*

**<u>EXHIBIT "A"</u>**

**Report of Sale**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | Case No. 19-45206-ELM |
| | § | |
| Debtors. | § | Chapter 7 |

## REPORT OF SALE

Shawn K. Brown, Trustee in the above bankruptcy proceeding, files this Report of Sale, and in support respectfully shows the Court the following:

1. On February 19, 2020, the Trustee's duly employed auctioneer, Rosen Systems, Inc., conducted a sale by public online auction of certain property of this estate as reflected on Exhibit "A" attached to this Report. The Court's Order Authorizing Sale of Property was entered on February 18, 2020, (Exhibit "B") [Dkt. No. 20]. The sale by public online auction through rosensystems.com originating from 2323 Langford Street, Dallas, Texas, from February 12th through February 19th, 2020.

2. The sale was conducted after public advertising in the following periodicals of general circulation:

| | |
|---|---|
| Utiallje | 2/5/2020, eBlast |
| Surplus record | 2/5/2020, eBlast |
| MachineTools.com | 1/24-2/19 and 2/5/20 |
| TradeQuip | 1/24-2/19 and 2/5/20 |
| IMDauctions.com | 1/25-2/19/20 |
| Rosen Systems Email Blast | 44,219+/-names, 1/22-2/4-2/12-2/19/20 |

3. The items sold and the prices received are as indicated on Exhibit "C" attached to this Report.

4. The Order authorizing the employment of the Trustee's auctioneer authorized of a ten percent (10%) buyer's premium to be collected and retained by Rosen Systems, Inc.

Accordingly, Rosen Systems, Inc., has collected $352,716.39 in sale proceeds and $35,271.64 in buyer's premium, for a total of $387,988.03.

     5. Trustee has received the total amount of $352,716.39 representing the gross proceeds of the sale from the auctioneer, and has deposited the proceeds in his trust account for this estate pending further order of the Court.

     6. The expenses connected with this sale are itemized on Exhibit "D" attached to this Report, and will be subject of a formal request for reimbursement in the immediate future.

     **WHEREFORE**, Shawn K. Brown, Trustee, requests the Court to approve this Report of Sale, and for such other and further relief to which the estate may be justly entitled.

     **DATED: March 25, 2020**

                      **ROSEN SYSTEMS, INC.**

                      By: _____

Sworn to and Subscribed Before me on this 25th day of March, 2020.



PAM A LADD
Notary Public State of Texas
My Commission# 10836777
My Comm. Exp. Apr. 05, 2021

_____

---

## EXHIBIT "B"

**Application and Order Employing Auctioneer**

Shawn K. Brown
TX Bar No. 03170490
The Law Office of Shawn K. Brown PLLC
P.O. Box 93749
Southlake, TX 76092
(817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

PROPOSED COUNSEL FOR THE CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SYNERGY FABRICATION, INC. | § | CASE NO. 19-45206-ELM |
| | § | |
| | § | |
| | § | CHAPTER 7 |
| | § | Hearing Date: N/A |
| DEBTOR | § | |

## APPLICATION TO EMPLOY ROSEN SYSTEMS, INC., AS AUCTIONEER

TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:

Shawn K. Brown, Trustee in the above bankruptcy proceeding, files this Application to Employ Rosen Systems, Inc., as Auctioneer ("Application"), and would respectfully show the Court the following:

1.    This case was commenced under Chapter 7 of the Bankruptcy Code on December 30, 2019. Shawn K. Brown was appointed Trustee. This court has jurisdiction and power to hear this matter pursuant to 28 U.S.C. §§ 1334, 157(a), 11 U.S.C. §327, and the standing order of reference. This is designated as a core proceeding by 28 U.S.C. §157(b)(2)(A).

2.    The property of the bankruptcy estate is generally identified in the Debtor's Schedule B, and consists of inventory, truck and trailer, tools and welding machines. The Trustee

**APPLICATION TO EMPLOY AUCTIONEER-Page 1 of 4**

seeks to employ Rosen Systems, Inc. ("Applicant") to conduct an auction of the Debtor's personal property (the "Assets"). The Trustee asserts that it is necessary and in the best interest of the estate and its creditors to liquidate the Assets free and clear of all liens, claims and encumbrances at public sale. A separate motion to sell will be filed seeking approval of the actual sale.

3.      Pursuant to 11 U.S.C. §327(a), the Trustee desires to employ Applicant to conduct the public auction sale of the Assets. Applicant is in all respects qualified to render such services, is on the list of approved auctioneers maintained by the United States Trustee, and subscribes to the blanket bond arranged by the United States Trustee. Applicant is familiar with the United States Trustee's Guidelines for the Conduct of Auction Sales.

4.      Applicant will conduct an online auction. An online auction is a timed auction that takes place on the internet and can be accessed through www.rosensystems.com. The same advertising and preparation used in a traditional onsite auction are employed in the online auction. Each lot will be cataloged, described, photographed, and listed in the online auction catalog. Bidding for all lots will open 7 days prior to the auction's closing date. On the auction's closing date, each lot will close at a rate of one per minute in numerical order beginning with lot number 1, and proceeding until everything has been sold.

5.      A 10% buyer's premium will be collected from each purchaser and will be the compensation received by Applicant in accordance with the United States Trustee's Guidelines. Applicant will be reimbursed reasonable out-of-pocket expenses, such as labor, travel and advertising, as approved by the Court. The Auctioneer will retain his commission and a full accounting of all sums collected will be included in the Trustee's report of sale as well as in the application for approval of final compensation for the Applicant pursuant to §330 of the

APPLICATION TO EMPLOY AUCTIONEER-Page 2 of 4

Bankruptcy Code. The actual expenses are estimated to be approximately $10,000-12,000. Applicant will seek approval of all reimbursement by fee application.

6. Applicant is assisting the Trustee in negotiation and closing of a private sale, subject to Court approval, with respect to a 30" x 120" 720 psi Horizontal 3-phase GPU ("GPU"). The Trustee seeks to include this potential private sale within the scope of Applicant's duties in this case. Applicant has agreed to accept a 5% commission from the sale proceeds of the GPU upon Court approval of the sale and additional compensation.

7. Based on the affidavit of Michael Rosen, attached as an exhibit to this Application, the Applicant represents that it is a "disinterested person" as the that term is defined by 11 U.S.C. §101(14), and that Applicant has no interests which are adverse to those of the estate.

WHEREFORE, the Trustee prays that he be authorized to employ Rosen Systems, Inc., as auctioneer to conduct a Court approved public auction to sell the Assets of the estate, for approval of the expanded employment to assist in closing the private sale of the GPU, and for such other and further relief to which the estate may be justly entitled.

Respectfully submitted,

THE LAW OFFICE OF SHAWN K. BROWN PLLC

*/s/ Shawn K. Brown*
TX Bar No. 03170490

P.O. Box 93749
Southlake, TX 76092
(817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

PROPOSED COUNSEL FOR THE CHAPTER 7 TRUSTEE

**APPLICATION TO EMPLOY AUCTIONEER-Page 3 of 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application for Order Authorizing Employment of Auctioneer was served on counsel for the Debtor, the United States Trustee, and parties requesting notice, via the Court's CM/ECF system on the date of filing.


*/s/ Shawn K. Brown*

**APPLICATION TO EMPLOY AUCTIONEER-Page 4 of 4**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | Case No. 19-45206-ELM |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | Hearing N/A |
| | § | |
| | | |
| STATE OF TEXAS | § | |
| | § | |
| | § | |
| COUNTY OF DALLAS | § | |

## AFFIDAVIT OF PROPOSED AUCTIONEER/LIQUIDATOR

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

I, Michael Rosen, hereby make this solemn oath:

1.    I am an auctioneer, duly certified to liquidate assets at public and private sale in the State of Texas.

2.    I am a shareholder of Rosen Systems, Inc.  The firm maintains offices at 2323 Langford, Dallas, TX 75208. Rosen Systems, Inc. provides auction professional services and is on the list of approved auctioneers maintained by the Office of the U.S. Trustee for Region 6.

3.    The firm has been asked to conduct a sale of property of the estate in the referenced bankruptcy case.

4.    After a diligent review of the list of creditors and parties in interest in the case, I have determined that the firm has no connection with the above-named Debtor, the creditors in

**AFFIDAVIT OF PROPOSED AUCTIONEER-Page 1 of 2**

the case, or any other party-in-interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5.     I represent that the firm is a disinterested person as defined in 11 U.S.C. §101(14), and that it has no interests adverse to those of the estate.

6.     Rosen Systems personnel and I are familiar with the United States Trustee's Guidelines for the Conduct of Auction Sales and will comply with same. Rosen Systems, Inc. is on the list of approved auctioneers maintained by the United States Trustee, and subscribes to the blanket bond arranged by the United States Trustee.

Further Affiant Sayeth Not.

_____
Michael Rosen

SUBSCRIBED AND SWORN TO BEFORE ME BY MICHAEL ROSEN, this __10__ day of January, 2010.



[SEAL]

_____
**NOTARY PUBLIC** in and for
the State of Texas

**AFFIDAVIT OF PROPOSED AUCTIONEER-Page 2 of 2**

represented that it is disinterested and does not represent any interest adverse to the estate. Accordingly, the Court finds good cause to approve the application.  It is hereby:

ORDERED that the Trustee is authorized to employ Applicant as auctioneer under the terms set out in the Application pursuant to 11 U.S.C. §327; with compensation and reimbursement of expenses of Applicant subject to further Court order approving same.

# # # End of Order # # #

**PREPARED BY:**

THE LAW OFFICE OF SHAWN K. BROWN PLLC

*/s/ Shawn K. Brown*
State Bar No. 03170490
P.O. Box 93749
Southlake, TX 76092
Phone:  (817) 488-6023
Fax:     (888) 688-4621
shawn@browntrustee.com

## EXHIBIT "C"

**Auctioneer's Expenses**

**SYNERGY FABRICATION, INC.**
**Bankruptcy Case #19-45206-elm7**

The following is a Recapitulation of the expenses incurred:

<u>ADVERTISING EXPENSES:</u>

| | | |
|---|---:|---:|
| Auction Advertising | $ 3,713.35 | |
| QSL Print Communications: 984 postcards | 743.11 | |
| Email Blast: 44,219 +/- emails sent 1/22, 2/4, 2/12, 2/19/2020 | 750.00 | |
| Catalog / Website input | 337.50 | |
| **TOTAL ADVERTISING EXPENSES:** | **$ 5,543.96** | |

<u>ALLOTING & DELIVERY:</u>

| | | |
|---|---:|---:|
| Michael Rosen: Expenses | $ 79.10 | |
| William Underhill: 4 days @ $300.00/day - Setup | 1,200.00 | |
|    Workers compensation @ 3.40% | 40.80 | |
|    Expenses | 158.20 | |
|    7 days @ $300.00/day - Check out | 2,100.00 | |
|    Workers compensation @ 3.40% | 71.40 | |
|    Expenses | 284.76 | |
| Ismael Flores: 7.5 days @ $200.00/day - Setup | 1,500.00 | |
|    Expenses | 368.40 | |
|    3 days @ $200.00/day - Inspection and check out | 600.00 | |
|    Expenses | 118.65 | |
| Trish Lambeth: 8 hours @ $18.00/hour - Inspection | 144.00 | |
|    Workers compensation @ 3.40% | 4.90 | |
|    16 hours @ $18.00/hour - Check out | 288.00 | |
|    Workers compensation @ 3.40% | 9.79 | |
|    Expenses | 118.65 | |
| Amy Higginbotham: 16 hours @ $18.00/hour - Check out | 288.00 | |
|    Workers compensation @ 3.40% | 9.79 | |
|    Expenses | 79.10 | |
| **TOTAL ALLOTING & DELIVERY:** | **$ 7,463.54** | |

<u>INVOICING & ACCOUNTING:</u>

| | | |
|---|---:|---:|
| Pam Ladd: 1 day @ $300.00 per day | $ 300.00 | |
| **TOTAL INVOICING & ACCOUNTING:** | **$ 300.00** | |

<u>OTHER EXPENSES:</u>

| | | |
|---|---:|---:|
| Meals for workers | $ 44.27 | |
| Insurance Coverage | 1,070.00 | |
| Gary Hass - Forklift fee and transportation: Loading dumpster | 700.00 | |
| Constellation Energy - Electric service 1.22-2.28.20 | 489.76 | |
| DFW Roll Off - Dumpster | 1,071.68 | |
| Got To Go Solutions: Port a Pot | 351.81 | |
| US Bankruptcy Court: Certified Order for title | 11.50 | |
| Texas Department of Motor Vehicles: Certified title copy | 2.00 | |
| FedEx | 80.26 | |
| **TOTAL OTHER EXPENSES:** | **$ 3,821.28** | |

| | |
|---|---:|
| **TOTAL EXPENSES:** | **$ 17,128.78** |



2323 Langford * Dallas, Texas 75208 * 972-248-2266 * Fax 972-248-6887

## AUCTION ADVERTISING EXPENSE REPORT

DATE: February 4, 2020

FROM: Shelley Rosen

TO: Pam Ladd
Rosen Systems, Inc.

RE: **SYNERGY FABRICATION, INC. - Online 2/19/2020**

### Publication Advertising

| PUBLICATION | DATE | SIZE | SECTION | RATE |
|---|---|---|---|---|
| Utillaje | 2/5/2020 | 1024x400 | eBlast | $650.00 |
| Surplus Record | 2/5l2020 | 5500 | eBlast | $330.00 |
| MachineTools.com | 1/24-2/19<br>2/5/2020 | | Auction Package<br>eBlast | 750.00 |
| TradeQuip | 1/24-2/19<br>2/5/2020 | 336x280 | Auction Page<br>eBlast | $ 1,250.00 |
| IMDauctions.com | 1/25-2/19 | | Upcoming Auction | 249.00 |
| | | | **Sub Total** | **$ 3,229.00** |

Production Charges 15% or minimum $50.00          484.35
Camera ready Postcard/Brochure $150.00          -

TOTAL          $ 3,713.35

**QSL Print Communications**
3000 Pierce Pkwy
Springfield, OR 97477-7966
Phone: (541) 687-1184
Fax: (541) 743-0708
Email: accounting@qslprinting.com

# INVOICE

| Invoice # | 25018011 |
|---|---|
| Invoice Date | 1/31/20 |
| Date Shipped | 1/30/20 |
| Ship Via | QSL Truck |
| Salesperson | Sandy Toney |
| Terms | Net 30 Days |
| P.O. Number | |
| Job Number | 25018 |

Rosen Systems Inc
2323 Langford St
Dallas, TX 75208

| Quantity | Description | Unit Price | UM | Amount |
|---|---|---|---|---|
| 984 | Rosen Ends Feb 19 Synergy Fab 4.25 x 6 4/4 Pcard | $480.41 | | $480.41 |
| 958 | Permit 17 Postage | $260.30 | | $260.30 |
| 1 | Meter Package | $2.40 | EA | $2.40 |

COPY

| | | |
|---|---|---|
| Subtotal | | $743.11 |
| | | $0.00 |
| Total Due | | $743.11 |

Customer Code : **ROSEN01**
Invoice Number : **25018011**
Invoice Date : **1/31/20**
Invoice Amount : **$743.11**

Amount Paid : _____

*Remit To:*

QSL Print Communications
3000 Pierce Pkwy
Springfield, OR 97477-7966

*Remitter:*

Rosen Systems Inc
2323 Langford St
Dallas, TX 75208

Page 1 of 1



## SYNERGY FABRICATION, INC.

Auction Date:                    February 19, 2020

### EMAIL BLAST

| Date | Email's sent | | |
|------|------|---|---|
| 1/22/2020 - New Sale Announced | 9,311 | $ | 750.00 |
| 2/04/2020 - Catalog Now Available | 11,636 | | |
| 2/12/2020 - Bidding Now Open | 11,636 | | |
| 2/19/2020 - Bidding Ends Today | 11,636 | | |
| **Total Emails sent:** | **44,219** | | |

TOTAL: $    750.00

#1

g?token=ac2b5015fcc920093e5cd19cb3565ce6

2/19/2020



Summary: New Sale Announced!-Synergy Fabrication Auction 2/19/2020

| | | |
|---|---|---|
| **Subject** | New Sale Announced!-Synergy Fabrication Auction 2/19/2020 |
| **Sender** | Info@rosensystems.com |
| **Reply to** | Same as Sender |
| **Preview** | 👁 New Sale Announced!-Synergy Fabrication Auction 2/19/2020 |
| **Sending to** | 👤 9311 Contact(s) |

⊙ Schedule Message



Scheduling for 19 hours from now

**EST timezone:** Wed, Jan 22, 2020 9:00 AM EST
**Your timezone:** Wed, Jan 22, 2020 8:00 AM CST

By sending this message, you agree to iContact's anti-spam policy.

Schedule Message

  





 

## BIDDING CLOSES
Wednesday, February 19, Beginning at 10:00 AM

 



 

 

  



### WELDING MANIPULATORS
(2) WSF Approx. 9' x 9' w/Lincoln DC1000 Power Source & NA-TN Wire Feed

(1) Custom Built, 5' x 5' w/Lincoln DC1000 Power Source • NA-TN Wire Feed

### GAS PRODUCTION UNIT
New Synergy Fabrication, Inc. 20' x 100', 150 PSI Horizontal 3-Phase (Complete Specs on Our Website)

### WELDING PURCHASER
Comco Approx. 5,000 LB Cap. • DC Pro Tab Model WT-500

### WELDERS
(4) Miller Pipeworx 400 w/Wire Feed • (5) Miller Deltaweld 452 w/Wire Feed • (9) Miller Deltaweld 302 w/Wire Feed • (a) Miller XMT 450 MIG/TIG & 456 CC/CV w/70 Series Wire Feed

### POWER TURNING ROLLS
(5) Sets w/Power & Idler by Preston Eastin, WPC, Pro Tab, Etc.

### PLANER
Comco Mdl. SD30-96, 3000 lb. Cap., LIFS, Triple Mast

### LINE HEATER
Synergy Fab Mounted on 20' Tandem Axle Gooseneck Trailer

### TRAILERS
2016 Hefty/WISS 22' Flatbed, Tandem Axle, Vin. 3144 (SCE9AGM09F1)

24' Flatbed, Tandem Axle, Vin. 11Wf (34N97)1309E2

### JIB CRANES
(3) 2 Ton Capacity, Wall Mounted, each w/ 2 Ton Capacity Electric Hoist

### MISCELLANEOUS EQUIPMENT
WIRE BASKETS • WELDING STANDS • SPARC-TIG TOMS MAKES • JET HORIZONTAL BAND SAWS • RIDGID 300 PIPE THREADER • PALLET RACKS • PEDESTAL FANS • METAL WORK BENCHES • WELDING TABLES • LADDERS • WELDING SCREENS • SELF DUMPING HOPPERS • PORTABLE STANDS

### INVENTORY
Fabricated Metal Parts • Sheet Metal Steel • Metal Skids • Flanges & Fittings Used in the Production of Line Heaters, Sand Separators, Gas Production Units & Flowback Trailers

### INSPECTION
Tuesday, February 18, 10 AM - 4 PM

### ITEM REMOVAL
Fri, Feb. 21, and Mon. & Tues., Feb. 24 & 25
Daily Hours 8 AM until 4 PM

10% Buyer's Premium Will Apply

Payment by Cash, Cashier's Check or Check w/Bank Letter of Guarantee. See our website for complete terms.

 





g?token=bd2d3298071d527cb64078bf03feedec



Summary: Catalog Now Available!-Synergy Fabrication Auction 2/19/2020

| | |
|---|---|
| Subject | Catalog Now Available!-Synergy Fabrication Auction 2/19/2020 |
| Sender | Info@rosensystems.com |
| Reply to | Same as Sender |
| Preview | 👁 Catalog Now Available!-Synergy Fabrication Auction 2/19/2020 |
| Sending to | 👤 11636 Contact(s) |

⏲ Schedule Message



Scheduling for 28 minutes from now

**EST timezone:** Tue, Feb 4, 2020 3:15 PM EST
**Your timezone:** Tue, Feb 4, 2020 2:15 PM CST

By sending this message, you agree to iContact's anti-spam policy.

Schedule Message








Catalog Now Available!
METAL FABRICATION EQUIPMENT

Bankruptcy Sale Case
No. 19-45206-elm7

Synergy Fabrication
1402 E. Devitt St.
Fort Worth, TX 76119

## BIDDING CLOSES
Wednesday, February 12, Beginning at 10:00 AM

















**WELDING MANIPULATORS**
(2) WSF Approx. 5' x 5' w/Lincoln DC1000 Power Source & NA-3N Wire Feed

(2) Custom Built, 5' x 5', w/Lincoln DC1000 Power Source, NA-3N Wire Feed

**GAS PRODUCTION UNIT**
New Synergy Fabrication, Inc. 30' x 120', 720 Psi Horizontal 3-Phase
(Complete, Spare on Our Website)

**WELDING POSITIONERS**
Controls Approx. 9,000 Lb Cap. * (2) Pro Fab Model WP-900

**WIRE FEED**
(6) Miller Pipeworx 400 w/Wire Feed * (5) Miller Deltaweld 452, w/Wire Feed
* (5) Miller Deltaweld 302, w/Wire Feed * (6) Miller 12MT 450-CC/CV &
456-CC/CV w/70 Series Wire Feed

**POWER TURNING ROLLS**
(4) Sets w/Power & Idler by Preston Eastin, KEC, Pro Fab, Etc.

**FORKLIFT**
Doosan M20, 5/600-06, 5000 lb. Cap, LPG, Triple Mast

**LINE HEATER**
Synergy Fab, Mounted on 20' Tandem Axle Gooseneck, Trailer

**TRAILERS**
2014 Hefty/Wiss 22' Flatbed, Tandem Axle, Vin. 5TWH33328FH024450

24' Flatbed, Tandem Axle, Vin. T-V3234563FH148115

**JIB CRANES**
(3) 2 Ton Capacity Wall Mounted each w/ 2 Ton Capacity Electric Hoist

**MISCELLANEOUS EQUIPMENT**
WIRE BASKETS * WELDING LEADS * KNAACK TOOL BOXES * JET
HORIZONTAL BAND SAWS * RIDGID 300 PIPE THREADER * PALLET RACK *
PEDESTAL FANS * METAL WORK BENCHES * WELDING TABLES * LADDERS
* WELDING SCREENS * SELF DUMPING HOPPERS * PORTABLE STAIRS

**INVENTORY**
Fabricated Metal Parts * Structural Steel * Metal Skids * Flanges & Fittings
Used in the Production of Line Heaters, Sand Separators, Gas Production
Units & Flowback, Trailers

## INSPECTIONS
Tuesday, February 18, 10 AM - 4 PM

## ITEM REMOVAL
Fri., Feb. 21, and Mon. & Tues., Feb. 24 & 25,
Daily Hours 9 AM until 4 PM

10% Buyer's Premium Will Apply

Payment by Cash, Cashier's Check or Check w/Bank Letter of
Guarantee. See our website for complete terms





:oken=bd2d3298071d527cb64078bf03feedec

/2020

Advanced Options ▾

Summary: Bidding Now Open! Synergy Fabrication Auction 2/19/2020



| | |
|---|---|
| Subject | Bidding Now Open! Synergy Fabrication Auction 2/19/2020 |
| Sender | info@rosensystems.com |
| Reply to | Same as Sender |
| Preview | 👁 Bidding Now Open! Synergy Fabrication Auction 2/19/2020 |
| Sending to | 👤 11636 Contact(s) |

⊙ Schedule Message



Scheduling for 8 days from now

**EST timezone:** Wed, Feb 12, 2020 9:15 AM EST
**Your timezone:** Wed, Feb 12, 2020 8:15 AM CST

By sending this message, you agree to iContact's anti-spam policy.





### ONLINE AUCTION
#### ROSEN SYSTEMS INC.

Bidding Now Open!

 

Bankruptcy Sale Case
No. 19-45206-elm7
Synergy Fabrication
1422 E. Devitt St.
Fort Worth, TX 76119

**BIDDING CLOSES**
Wednesday, February 12, Beginning at 10:00 AM

 

 



  

 

  

**WELDING MANIPULATORS**
(1) WDF Approx. 5' x 5' w/Lincoln (x) 1000 Power Source & NA-3N Wire Feed

(1) Custom Built, 3' x 5', w/Lincoln DC1000 Power Source, NA-3N Wire Feed

**GAS PRODUCTION UNIT**
New Synergy Fabrication, Inc. 20" x 124", 720 PSI Horizontal 3-Phase
(Complete System on Our Website)

**WELDING POSITIONERS**
(1) each, Approx. 4,000 Lb Cap. • (2) Pro Fab Model WP-500

**WELDERS**
(6) Miller Pipeworx 400 w/Wire Feed • (5) Miller Deltaweld 452 w/Wire Feed
• (8) Miller Deltaweld 302 w/Wire Feed • (x) Miller XMT 450-CC/CV &
450-CC/CV w/70 Series Wire Feed

**POWER TURNING ROLLS**
(8) Sets w/Power Built by Pramen-Saulie, NSC, Pro Fab, Etc.

**FORKLIFT**
Doosan Mdl. D30S-5C, Approx. 6k Cap., LPG, Triple Mast

**LINE HEATER**
Synergy Fab Mounted on 20' Tandem Axle Gooseneck Trailer

**TRAILERS**
2014 Hally/W06 22' Flatbed, Tandem Axle, Vin. #11xxxxxxF26xxxx
24' Flatbed, Tandem Axle, Vin. 1H9EDHEAP1118000

**JIB CRANES**
(7) 1 Ton Capacity Wall Mounted, each w. 1 Ton Capacity Electric Hoist

**MISCELLANEOUS EQUIPMENT**
WIRE BASKETS • WELDING STANDS • KNACKK TOOL BOXES • JET
HORIZONTAL BAND SAWS • RIDGID 300 PIPE THREADER • DILLS LATHE •
PLASMA TABLE • METAL WORK BENCHES • WELDING CABLES • LADDERS
• WELDING SCREENS • SELF DUMPING HOPPERS • PORTABLE STAIRS

**INVENTORY**
Pipe and Metal Parts • Structural Steel • Metal Stock • Flanges & Fittings
Used in the Production of Line Heaters, Sand Separators, Gas Production
Units & Flatbeds Trailers

**INSPECTION**
Tuesday, February 18, 10 AM - 4 PM

**FIRM REMOVAL**
Fri. Feb. 21, and Mon. & Tues., Feb. 24 & 25
Daily hours 8 AM until 4 PM

10% Buyer's Premium Will Apply

Payment by Cash, Cashier's Check or Check in Letter of
Guarantee. See our website for complete terms

ROSEN

 



nding?token=7b72982e14b9cb3495b0f1e9d614d04a

tion 2/19/2020

Advanced Options ▾

Summary: Bidding Ends Today! Synergy Fabrication Auction 2/19/2020



| | |
|---|---|
| Subject | Bidding Ends Today! Synergy Fabrication Auction 2/19/2020 |
| Sender | Info@rosensystems.com |
| Reply to | Same as Sender |
| Preview | 👁 Bidding Ends Today! Synergy Fabrication Auction 2/19/2020 |
| Sending to | 👤 11636 Contact(s) |

⊘ Schedule Message



Scheduling for 15 days from now

**EST timezone:** Wed, Feb 19, 2020 9:00 AM EST
**Your timezone:** Wed, Feb 19, 2020 8:00 AM CST

By sending this message, you agree to iContact's anti-spam policy.




















**SYNERGY FABRICATION, INC.**
**Bankruptcy Case #19-45206**

**Auction Date: 2/19/2020**

**CATALOG / WEBSITE INPUT**

| | | | | | |
|---|---|---|---|---|---|
| TAPE INPUT TIME* | 4 | @ $ | 30.00 | /HOUR | 120.00 |
| Rosen Internet Website Fee | | | | | 100.00 |
| WEB/PHOTO PREPARATION: | 2 | @ $ | 40.00 | /HOUR | 80.00 |
| Facebook Posting | | | | | |
| Catalogs Produced for Inspection | 30 | @ | $1.25 | /EACH | 37.50 |

5 page (s) per catalog x $.25/per page

**TOTAL: $        337.50**

*Minimum Charge: 1 hour

## ROSEN SYSTEMS, INC. - EXPENSE VOUCHER

Date: _4/5/2c_      Synergy Fab
~~SPIRIT FOOD SERVICES~~      City/State: _Fort Worth, TX_

### CASH EXPENSES TO BE REIMBURSED

| | |
|---|---|
| AIRFARE | $ |
| HOTEL | $ |
| MEALS | $ |
| CAR RENTAL | $ |
| PARKING | $ |
| TAXI | $ |
| TELEPHONE | $ |
| SUPPLIES | $ |
| MILEAGE · MILES @ 0.565 PER MILE | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| CONTRACT LABOR | $ |
| GASOLINE | $ |

| | | |
|---|---|---|
| TOTAL CASH EXPENSES | $ | - |
| LESS ADVANCE CHECK/C CK # | $ | |
| BALANCE DUE: | $ | - |

COPY

| ROSEN SYSTEMS CREDIT CARD EXPENSES | | Date & Hours Wrk |
|---|---|---|
| AIRFARE | $ | |
| CAR RENTAL | $ | |
| GASOLINE | $ | |
| AIRPORT PARKING | $ | |
| MEALS | $ | |
| MILEAGE 2 \ (ap) 0140 MILES @ 0.565 PER MILE | $ 79¹⁰   - | |

BY: Michael Rosen      NUMBER OF DAYS ON JOB: _____

# CONTRACT LABOR INVOICE

SITE: _Synergy Fabrication_          CITY / STATE: _Ft Worth, TX_

NAME: WILL UNDERHILL

ADDRESS: ON FILE

CITY/STATE/ZIP: DALLAS, TX

| | |
|---|---|
| CELL # | 972-898-5525 |
| SS#: | ON FILE |
| DOB: | ON FILE |
| EMAIL: | will@rosensystems.com |

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|------|----------------------------------------|-------|-----|-------|------|--------|
| 1/17 | Set-up | | | | ▬ | 300.00 |
| 1/22 | '' '' | | | | | 300.00 |
| 1/23 | '' '' | | | | | 300.00 |
| 1/24 | '' '' | | | | | 300.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | - |
| | | | | | TOTAL $ | 1,200.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|------|------------------------------------------------------------------------|--------|
| 11/17 | Left 2323 Langford St. To Synergy & Back | |
| ↓ | 35 miles Each Way, Four Days Total = 280 miles    $ | 158.20 |
| 1/22 | | |
| 1/23 | | |
| 1/24 | | |
| | Notes: LESS ADVANCE OF $ | Total $ 158.20 |

TOTAL DUE: $ 1,358.20

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | AMOUNT |
|------|-------------------------------------|--------|
| | AIRFARE | |
| | CAR RENTAL          AVIS | |
| | GASOLINE | |
| | HOTEL | |
| | MEALS | |
| | MILEAGE _____ MILES @ .565/per mile | |
| | | Total    - |

DATE: _shown above_    SIGNATURE: _/s/Will Underhill_    CASH PAID ON SITE or (CHECK DUE)

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1

PLEASE MAIL ( ) HOLD FOR ME TO PICK UP ( ) RELEASE TO _____ ( ) PHOTO ID REQUIRED FOR RELEASE

# CONTRACT LABOR INVOICE

SITE: _Synergy FAB._    CITY / STATE: _Ft Worth, TX_

NAME: WILL UNDERHILL

ADDRESS: ON FILE

CITY/STATE/ZIP: DALLAS, TX

| | |
|---|---|
| CELL # | 972-898-5525 |
| SS#: | ON FILE |
| DOB: | ON FILE |
| EMAIL: | will@rosensystems.com |

| DATE | DESCRIPTION (setup/inspection/ck out) | | START | END | TOTAL | RATE | TOTAL |
|------|----------------------------------------|---|-------|-----|-------|------|-------|
| 2/20 | CK-OUT | | | | | ■ | 300.00 |
| 2/21 | " | " | | | | | 300.00 |
| 2/24 | " | " | | | | | 300.00 |
| 2/25 | " | " | | | | | 300.00 |
| 2/26 | " | " | | | | | 300.00 |
| 2/27 | " | " | | | | | 300.00 |
| 2/28 | " | " | | | | | 300.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | - |
| | | | | | | TOTAL | 2,100.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|------|------------------------------------------------------------------------|--------|
| 2/20 | Left 2323 Langford St. to Synergy | |
| 2/21 | & Back Seven Times | |
| 2/24 | Total Miles 504 | $ 284.76 |
| 2/25 | | |
| 2/26 | | |
| 2/27 | & 2/28 | |
| | Notes: LESS ADVANCE OF $ | Total $ 284.76 |

TOTAL DUE: $2,384.76

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | AMOUNT |
|------|--------------------------------------|--------|
| | AIRFARE | |
| | CAR RENTAL        AVIS | |
| | GASOLINE | |
| | HOTEL | |
| | MEALS | |
| | MILEAGE _____ MILES @ .565/per mile | |
| | | Total    - |

DATE: _shown above_    SIGNATURE: _/s/Will Underhill_    _CASH PAID ON SITE or CHECK DUE_

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1

PLEASE MAIL ( )  HOLD FOR ME TO PICK UP ( )  RELEASE TO _____ ( ) PHOTO ID REQUIRED FOR RELEASE

## CONTRACT LABOR INVOICE

**JOB:** *Synergy Fabrication*  **CITY / STATE:** *Forth Worth, Tx*

| | |
|---|---|
| **NAME:** ISMAEL FLORES | **CELL #** 469.990.3485 |
| **ADDRESS:** ON FILE | **SS#:** ON FILE |
| | **DOB:** ON FILE |
| **CITY/STATE/ZIP: Dallas, TX** | **EMAIL:** ismael@rosensystems.com |

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|---|---|---|---|---|---|---|
| 1/16/2020 | Retrieve Keys | | 1/2 | | 200.00 | 100.00 |
| 1/17/2020 | Set up | | | | | 200.00 |
| 1/22/2020 | Situp | | | | | 200.00 |
| 1/23/2020 | Situp | | | | | 200.00 |
| 1/24/2021 | Situp | | | | | 200.00 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | HRS. | | **TOTAL** | 900.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|---|---|---|
| 1/16/2020 | From 2323 Langford St. to | |
| 1/17/2020 | 1432 E. Devitt St. 35X10 | 197.75 |
| 1/22/2020 | Forth Wbth, Tx 76119 | |
| 1/23/2020 | | |
| 1/24/2020 | | |
| | | |
| | **TOTAL:** | - |

COPY

**TOTAL DUE:** 197.75

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | | AMOUNT | |
|---|---|---|---|---|
| | AIRFARE | | | |
| | CAR RENTAL | UBER | | |
| | GASOLINE | | | |
| | ~~HOTEL~~ | PROpane | 52.00 | |
| | MEALS | | | |
| | MILEAGE _____ MILES @ .565/per mile | | | |
| | | **Total** | | - |
| | | **Total exp:** | | - |

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1



COPY

## REDILUBE & NORTH TEXAS PROPANE
8307 CAMP BOWIE W BLVD
FORT WORTH, TX 76116
8172443460

Transaction **019825**

**Total**                           **$52.00**

CREDIT CARD SALE          $52.00
MASTERCARD 8299

Retain this copy for statement
validation

29-Jan-2020 10:30:00A
$52.00 | Method: EMV
MasterCard XXXXXXXXXXXX8299
 ISMAEL FLORES
Ref #: 002900695371
Auth #: 53095C
MID: ********1885
AID: A0000000041010
AthNtwkNm: MASTERCARD
SIGNATURE VERIFIED

Clover Privacy Policy
https://clover.com/privacy

Synergy

## CONTRACT LABOR INVOICE

**JOB:** Synergy     **CITY / STATE:** Fort Worth, TX

| | |
|---|---|
| **NAME:** ISMAEL FLORES | **CELL #** 469.990.3485 |
| **ADDRESS:** ON FILE | **SS#:** ON FILE |
| | **DOB:** ON FILE |
| **CITY/STATE/ZIP:** Dallas, TX | **EMAIL:** ismael@rosensystems.com |

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|------|---------------------------------------|-------|-----|-------|------|-------|
| 1/29/2020 | Set up | | | | 200.00 | 200.00 |
| 1/30/2020 | Set up | | | | | 200.00 |
| 1/31/2020 | Set up | | | | ↓ | 200.00 |
| | | | | | | |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | HRS. | | TOTAL | 600.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|------|----------------------------------------------------------------------|--------|
| 1/29/2020 to 1/31/2020 | Mileage 35 X 6 | 118.65 |
| | | |
| | | |
| | | |
| | | |
| | TOTAL: | - |

**TOTAL DUE:** 118.65

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | | AMOUNT | |
|------|-------------------------------------|--|--------|--|
| | AIRFARE | | | |
| | CAR RENTAL     UBER | | | |
| | GASOLINE | | | |
| | HOTEL | | | |
| | MEALS | | | |
| | MILEAGE _____ MILES @ .565/per mile | | | |
| | | Total | | - |
| | | Total exp: | | - |

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1



## CONTRACT LABOR INVOICE

JOB: *Synergy*          CITY / STATE: *Fort Worth*

NAME: ISMAEL FLORES

ADDRESS: ON FILE

CITY/STATE/ZIP: Dallas, TX

CELL # 469.990.3485

SS#: ON FILE

DOB: ON FILE

EMAIL: ismflores2016@gmail.com

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|------|----------------------------------------|-------|-----|-------|------|-------|
| 2/17 | Porta Potty Delivery – Inspection | | | | | 200-00 |
| 2/18 | Inspection | | | | | 200-00 |
| 2/20 | Check Out | | | | | 200-00 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | HRS. | 0 | TOTAL | 600-00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|------|------------------------------------------------------------------------|--------|
| 2/17 | Mileage 35X6 | 118.65 |
| 2/18 | | |
| 2/20 | | |
| | | |
| | | |
| | Notes: LESS ADVANCE OF $ | - |
| | TOTAL DUE: | 118.65 |

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | AMOUNT |
|------|--------------------------------------|--------|
| | AIRFARE | |
| | CAR RENTAL | |
| | GASOLINE | |
| | HOTEL | |
| | MEALS | |
| | MILEAGE _____ MILES @ .565/per mile | |
| | Total | - |

DATE: *see above*      SIGNATURE: */s/Ismael Flores*      CASH PAID ON SITE or CHECK DUE  2/20/2022 Pd cash Amy

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1

PLEASE MAIL ( ) HOLD FOR ME TO PICK UP ( ) RELEASE TO _____ ( ) PHOTO ID REQUIRED FOR RELEASE

## CONTRACT LABOR INVOICE

| JOB: | Synergy | CITY / STATE: | FWorth |
|------|---------|---------------|--------|

| | | | |
|------|------|------|------|
| **NAME:** | TRISH LAMBETH | **CELL #** | 214.437.1576 |
| **ADDRESS:** | ON FILE | **SS#:** | ON FILE |
| | | **DOB:** | ON FILE |
| **CITY/STATE/ZIP: MESQUITE, TX** | | **EMAIL:** | tnharley24@yahoo.com |

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | ; TOTAL |
|------|---------------------------------------|-------|-----|-------|------|---------|
| 2-18 | Inspection | 10 | 4 | 18.00 | 8 | 144.00 |
| 2-20 | Out | 8 | 4 | 18.00 | 8 | 144.00 |
| 2-21 | Out | 8 | 4:30 | 18.00 | 8 | 144.00 |
| | | | | 18.00 | | |
| | | | | 18.00 | | |
| | | | | 18.00 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | HRS. | | TOTAL | 432.00 | |

+9 wk to 4:30pm

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | AMOUNT |
|------|-----------------------------------------------------------------------|--------|
| | mileage 354.6 | 118.65 |
| | | |
| | | |
| | | |
| | | |
| | Notes: LESS ADVANCE OF $ | 118 65 |

TOTAL DUE: ~~550.65~~ 559.65

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | | AMOUNT |
|------|--------------------------------------|---|--------|
| | AIRFARE | | |
| | CAR RENTAL | | |
| | GASOLINE | | |
| | HOTEL | | |
| | MEALS FOR WORKERS | | |
| | MILEAGE _____ MILES @ .565/per mile | | |
| | | Total | - |
| | | $ | - |

DATE: _see above_ SIGNATURE: _/s/Trish Lambeth_ CASH PAID ON SITE or CHECK DUE

2/21/2020 Pd cash

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1

PLEASE MAIL ( ) HOLD FOR ME TO PICK UP ( ) RELEASE TO _____ ( ) PHOTO ID REQUIRED FOR RELEASE

## CONTRACT LABOR INVOICE

JOB: Synergy Fab.  CITY / STATE: Fort Worth Texas.

NAME: Amy Higginbottom
ADDRESS:

CELL #
SS#: ON FILE
DOB: ON FILE
EMAIL:

CITY/STATE/ZIP:

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|------|---------------------------------------|-------|-----|-------|------|-------|
| 2/20 | clout | 8:00 | 4:00 | 8 | 18.00 | 144.00 |
| 2/21 | clout | 8:00 | 4:00 | 8 | 18.00 | 144.00 |
| | | | | | | |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | HRS. | 0 | TOTAL | 288.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .565 per mile) (hotel/gas, etc.) | | AMOUNT |
|------|-----------------------------------------------------------------------|--|--------|
| 2/20 and 2/21 | miles 140 Round trip 2 days | | 79.10 |
| | | | |
| | | | |
| | | | |
| | | | |
| Notes: LESS ADVANCE OF $ | | Total | - |

TOTAL DUE: 367.10

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | AMOUNT |
|------|--------------------------------------|--------|
| | AIRFARE | |
| | CAR RENTAL | |
| | GASOLINE | |
| | HOTEL | |
| | MEALS | |
| | MILEAGE _____ MILES @ .565/per mile | |
| | | Total | - |

DATE: 2/20/2020  SIGNATURE: _____  *CASH PAID ON SITE  or  CHECK DUE*

2/21/2020
pd

I, the above signed, am an independent contractor, and understand that I am responsible for all tax withholdings, FICA, and self-employment taxes due. I have specific control over the order and sequence of work preformed, time completion and the hours worked. I am paid by job production or by completed job, but not by my time. Due to these factors, I realize that I have the opportunity for entrepreneurial profit and loss. I also understand that I will receive a 1099 so that I may file the proper self-employment forms due for Income Tax purposes at the end of the year. I also understand that I may be responsible for filing a quarterly estimate of Federal Taxes to cover self-employment income reported.1

PLEASE MAIL (  )  HOLD FOR ME TO PICK UP (  )  RELEASE TO _____ (  ) PHOTO ID REQUIRED FOR RELEASE

## ROSEN SYSTEMS, INC. - EXPENSE VOUCHER

| 1.16.20 - 3.13.2020 SYNERGY FABRICAION | FORT WORTH, TX |
|---|---|

**CASH EXPENSES TO BE REIMBURSED**

| | | | |
|---|---|---|---|
| AIRFARE-luggage | | $ | |
| HOTEL | | $ | |
| MEALS | $25.00 per day | $ | - |
| CAR RENTAL-fuel | | $ | |
| PARKING | | $ | |
| TAXI | | $ | |
| TELEPHONE | | $ | |
| SUPPLIES | | $ | |
| MILEAGE | MILES @ 0.565 PER MILE | $ | - |
| | | | |
| | | | |
| | | | |
| | | | |
| CONTRACT LABOR | | $ | |
| GASOLINE | | $ | |

| | | |
|---|---|---|
| TOTAL CASH EXPENSES | $ | - |
| LESS ADVANCE CHECK/C CK # | $ | |
| **BALANCE DUE:** | $ | - |

| ROSEN SYSTEMS CREDIT CARD EXPENSES | | Date & Hours Wrk |
|---|---|---|
| AIRFARE | $ | 1.16.20 - 3.13.2020 |
| CAR RENTAL | $ | coordinate bidder payments |
| GASOLINE | $ | and vairous accounting |
| HOTEL | $ | functions |
| MEALS | $ | |
| MILEAGE   0   MILES @   0.555   PER MILE | $          - | Charge $300.00/per auction |

**BY: PAM LADD**          **NUMBER OF DAYS ON JOB:** 1 DAY

*Synergy*

```
CAPTAIN D'S 245937
Order  #    0023
      CARRY  OUT
Name: Florestella  Guest#018
 1 CHKN ML              7.49
   FRIES
   FRIES
 1 CATFSH FST ML        9.99
   FRIES
   GREEN BEANS
   MAC & CHEESE         0.39
 1 DLX SFD PTR          9.49
   COLE SLAW
   MAC & CHEESE         0.39
 1 15 PC BTFY ML        7.99
   LOADED POTATO        0.99
   SIDE SAL             0.39
   RANCH DRESSING
 1 5 BFLY SHR           1.79
 1 SMALL DRINK          1.99
   PEPSI
SUB                    40.90
TAX                     3.37
TOTAL               44.27
CASH                   60.00
CHANGE DUE             15.73
11:33    02          2/20/20

      Visit us at www.captainds.com
```



## SYNERGY FABRICATION, INC.
## BANKRUPTCY CASE #19-45206

## Auction Date: 2/19/2020

## INSURANCE COVERAGE

| | | | |
|---|---|---|---|
| Bibby Brilling & Associates Insurance | $ 356,666.49 | @ $.37 per $100 | $ 1,070.00 |

|  |  |
|---|---|
| TOTAL: $ | 1,070.00 |



**Rosen Systems, Inc.**
2323 Langford Street
Dallas, TX 75208
info@rosensystems.com
www.rosensystems.com
972-248-2266 · Fax 972-248-6887

PAYMENT
~~CASH SALE~~ **INVOICE**

DATE: 2/28/20

AUCTION: Synergy FAB

BUYER NO. Gary Hass          Phone:_____
NAME:_____       Email:_____
Company:_____
ADDRESS:_____
CITY/STATE/ZIP:_____

| LOT # | QTY | DESCRIPTION | EACH PRICE | TOTAL |
|-------|-----|-------------|------------|-------|
|       |     | Forklift Fee & Transportation |  | 400.00 |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |
|       |     |             |            |       |

COPY

Paid: (Cash) Wire / Check # $ 400.00
Received by: Will
Date Received: 2/28/20

| | |
|---|---|
| **Sub-total** | |
| **% BP** | |
| **Sales Tax** | |
| **Total Due:** | $ 400.00 |

D Hass          DATE:_____
**ALL ITEMS LISTED ABOVE HAVE BEEN RECEIVED.** *NOTICE:* Check your lots carefully, absolutely no adjustments will be made after equipment or merchandise leaves the premises.



**METROPLEX RIGGERS**
P.O. Box 128
Malakoff, Texas 75148
garyhass@ymail.com
**(972) 345-8118**

*INVOICE*

Customer: Rosen Systems

Address: 2323 Langford St

City: Dallas  ST: TX  Zip: 75208

Synergy

Date: 3-13-20

Phone: 972-248-2266

COPY

| DESCRIPTION OF JOB |
|---|
| Clean up leftover pallets and wood |
| At Senergy FAB in Ft. Worth |
| |
| Please MAke Ck PAYAble to |
| L. D. White Thank You |

| PLEASE MAKE ALL CHECKS PAYABLE TO GARY HASS | TOTAL |
|---|---|
| | 300 00 |

*Thanks For Your Business!*



# Constellation.
An Exelon Company

Rosen Systems, Inc.
2323 Langford St
2323 Langford St, TX 75208-5208

PUCT Certificate # 10014

**Statement Number:** 16788875901

# Monthly Invoice

**Statement Date:** 02/29/2020
**Customer Number:** 200490664-65887

| | |
|---|---|
| **Amount Due by 03/17/2020** | **$4,031.21** |
| Amount Due After 03/17/2020 | $4,232.77 |

| | |
|---|---|
| **Previous Balance:** | $7,138.12 |
| **Payments Since Last Invoice:** | -$7,138.12 |
| **Unpaid Balance:** | $0.00 |
| **Late Payment Penalty** | $0.00 |
| **Credit/Adjustments:** | $0.00 |
| **Total New Charges:** | $4,031.21 |

## HOW WE CALCULATED YOUR BILL
*See reverse side for detailed description of charges* →



| | | |
|---|---|---|
| **Assessments** | | **Energy Charges** |
| $78.33 | | $556.09 |
| **Sales Tax** | **Total New Charges** | **TDU Delivery Charges** |
| $305.09 | **$4,031.21** | $3,091.70 |
| | | **Base Charge** |
| | | $0.00 |

## CONSUMPTION HISTORY



FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN **FEB**

## MONTHLY USAGE

**Current Month** **14,359** kWh

Last Month
**20,616**
kWh

A 5.00% late payment penalty will be charged on the current bill if not paid by the due date

Retain this portion for your records

Please allow 5 to 7 days for processing. Detach stub and enclose with your payment in return envelope or you may pay online by visiting
https://energymanager.constellation.com

**Statement Number:** 16788875901
**Customer Number:** 200490664-65887

# Constellation.
An Exelon Company

PO Box 4911
Houston, TX 77210-4911

Mike Rosen
Rosen Systems, Inc.
2323 Langford St
2323 Langford St TX 75208-5208

*Synergy 489.76*
*NATmetal 3541.45*

| | |
|---|---|
| **Amount Due by 03/17/2020** | **$4,031.21** |
| Amount Due After 03/17/2020 | $4,232.77 |

**AMOUNT
ENCLOSED** $

If you would like to make a donation to assist other Texans in paying their utility bills,
please call our friendly customer service agent at 1-866-917-8271

MAKE CHECKS PAYABLE TO:
CONSTELLATION NEW ENERGY, INC.
PO BOX 5471
CAROL STREAM IL 60197-5471

PUCT Certificate # 10014

Statement Number: 16788875901

Customer Number: 200490664-65887

## HAVE A QUESTION OR EMERGENCY?

**To Contact Your Local Utility**
To report outages and emergencies to your regulated TDU
Please call:
Oncor Electric Company **888-313-6862**

**For Customer Care Contact Constellation**

| | |
|---|---|
| **Website** | https://www.constellation.com/tx-biz-info |
| **Email** | SMBCareTX@Constellation.com |
| **Phone** | **1-866-917-8271** |
| **Address** | PO Box 4911 |
| | Houston, TX 77210-4911 |

| | |
|---|---|
| **Amount Due by 03/17/2020** | **$4,031.21** |
| *Amount Due After 03/17/2020* | *$4,232.77* |

## SUMMARY CURRENT CHARGES

| | |
|---|---|
| Energy Charges | $556.09 |
| TDU Delivery Charges | $3,091.70 |
| Base Charge | $0.00 |
| Sales Tax | $305.09 |
| Assessments | $78.33 |
| **Total New Charges** | **$4,031.21** |

## SUMMARY FEES/ADJUSTMENTS

| | |
|---|---|
| Late Payment Penalty | $0.00 |
| Credit/Adjustments: | $0.00 |

## Other Ways to Pay Your Bill

 **Online**

Manage your account at:
https://energymanager.constellation.com

 **Phone**

Call 1-833-221-6654
for our 24/7
phone payment option

 **Other**

Cash Payments
Please visit https://secure.moneygram.com/ to
find the nearest vendor.

**Statement Number:** 16788875901

**Customer Number:** 200490664-65887

| Amount Due by 03/17/2020 | $4,031.21 |
|---|---|
| Amount Due *After* 03/17/2020 | $4,232.77 |

## NOTICE TO OUR CUSTOMERS

The Public Utility Commission of Texas (PUCT) would like you to know that, if you believe this bill contains unauthorized charges, please contact Constellation NewEnergy, Inc. at **1-866-917-8271** to dispute such charges. If you are not satisfied you may file a complaint with the PUCT at, P.O. Box 13326, Austin, Texas 78711-3326, (512) 936-7120 or toll-free in Texas at (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the commission at (512) 936-7136. Complaints may also be filed electronically at http://www.puc.state.tx.us/consumer/complaint/Complaint.aspx **PUCT Certificate # 10014**

For billing questions or to cancel your service, please contact Constellation at: Phone: **1-866-917-8271**; Fax: 1-866-714-2990; Email:SMBCareTX@Constellation.com. Customer Service is available Monday through Friday from 7:00am to 6:00pm (CST) or you may visit us online at https://www.constellation.com/tx-biz-info

If you are on a variable rate plan your rate/kWh may increase or decrease on a monthly basis. Visit www.constellation.com/TX-m2m to view current month to month variable rates.

## DEFINITIONS

* TDU – Oncor Electric Company Transmission Distribution Surcharges

* Min Usage Fee – assessed when the energy consumption value is less than or equal to the specified contract kWh amount per billing period.

* kW – Kilowatt, the standard unit for measuring electricity demand, equal to 1,000 watts;

* kWh – Kilowatt-hour, the standard unit for measuring electricity energy consumption, equal to 1,000 watt-hours

* Assessments – Includes Gross Receipts Reimb. and PUC Assessments Reimbursement

* Avg. Price – Average price you paid for electric service this month (in cents per Kilowatt hour). Included in the calculation of Average Price is Energy Charges, TDU and PUC Assessment Reimb.

* For a comprehensive list of billing terms, please visit www.Constellation.com/TX-billterms

Rosen Systems, Inc.

**Statement Number:** 16788875901

## Readings

### Current Readings

\* Denotes Estimated Read, \*\* Denotes Final Read.

| ESIID Contract Dates | Meter Number: | Previous Meter Read | Current Meter Read | Meter Multiplier | kWh | Demand KW | Previous Meter Read Date | Current Meter Read Date | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 10443720000014656 11/27/2019 to 02/11/2020 | 152395243LG | -14024 | 0 | 1 | 14023 | 0 | 01/11/2020 | 02/10/2020 | 1320 E BERRY ST |
| 10443720003880222 01/24/2020 to 03/31/2020 | 112570123LG | 663600 | 663900 | 100 | 300 | 0 | 01/28/2020 | 01/31/2020 | 1432 E DEVITT ST |
| 10443720007102744 11/27/2019 to 02/14/2020 | 145509758LG | 480 | 515 | 1 | 35 | 0 | 01/15/2020 | 02/14/2020 | 1328 E BERRY ST GATE |

## ESIID Details

### Current Charge Details

| ESIID Service Address | Rate Details | Energy Charges | TDU Delivery Charges | Base Charge | Adjustments | Sales Tax | | | | Assessments | | Avg. Price per kWh | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | State Tax | County Tax | City Tax | Sp. Dist Tax | PUC Assessment Reimb. | Gross Receipts Reimb. | | |
| 10443720000014656 1320 E BERRY ST | (14023.80 kWh X 0.03881) | $544.26 | $2,650.03 | $0.00 | $0.00 | $202.18 | $16.17 | $48.52 | $0.00 | $5.28 | $63.23 | $0.228 | $3,529.67 |
| 10443720003880222 1432 E DEVITT ST | (300.00 kWh X 0.0349) | $10.47 | $432.39 | $0.00 | $0.00 | $28.27 | $2.26 | $6.79 | $0.00 | $0.74 | $8.84 | $1.476 | $489.76 |
| 10443720007102744 1328 E BERRY ST GATE | (35.00 kWh X 0.03881) | $1.36 | $9.28 | $0.00 | $0.00 | $0.68 | $0.06 | $0.16 | $0.00 | $0.02 | $0.22 | $0.304 | $11.78 |

Synergy



*Synergy*

## Dumpster Order Receipt

Date : 02/21/20

**CUSTOMER INFO**

Name : Rosen Systems        Email : paml@rosensystems.com

Billing Address : 2323 Langford St, Dallas, TX, 75208, USA

Site Address : 1432 E Devitt St Fort Worth TX 76119        Auth. Number : T-218901

**Order # :** 83496/OLI-301121

**Service/Product Price Details** Dumpster Order - Dumpster 40yd

Price : $495.00      Quantity : 1.0      Additional Fee : 0.0 Delivery Fee : 0.0 Tax : $40.84

Total : $535.84

**DFW Roll Off**
Customer Support
Help@DFWRollOff.com
Phone: (817) 369-3068
Fax : (866) 788-4946





# Swap Charge Receipt

Date : 02/27/20

**CUSTOMER INFO**

**CREDIT CARD DETAILS**

Name : Rosen Systems          Email :    pami@rosensystems.com

Billing Address : 2323 Langford St, Dallas, TX, 75208, USA

Site Address : 1432 E Devitt St Fort Worth TX 76119          Auth. Number : T-219973

**Order # :** 83496/OLI-302807

**Service/Product**

**Price Details**          Dumpster Swap - Dumpster 40yd

Price : $495.0          Quantity : 1.0          Tax : $40.84

Total :    $535.84

**DFW Roll Off**
Customer Support
Help@DFWRollOff.com
Phone: (817) 369-3068
Fax : (866) 788-4946

# Invoice

# Got To Go Solutions

| Date |
|---|
| 2/18/2020 |
| Invoice # |
| 153580 |
| Initials |
| GB |

GTG Solutions, Inc.
PO Box 490
Chico, Tx 76431
Office-940-644-5228  Fax-940-644-5283
email: gottogo@gtgsi.com

| Account # | CC; E-mail |
|---|---|
| Route | C5 |

| Bill To | Ship To |
|---|---|
| Rosen Systems<br>2323 Langford St.<br>Dallas, TX 75208 | 1432 E. Devitt St.<br>Ft.Worth |

| | PO/AFE # | | Code # | |
|---|---|---|---|---|

| Date Start | Date End | Company Rep. | Called In By | Field Inv # |
|---|---|---|---|---|
| 2/17/2020 | 3/15/2020 | | Pam Ladd 972-248-2266 | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Restrooms | RESTROOM | | | 0.00T |
| 736 | Unit # 736 | | | 0.00T |
| 376 | Unit # 376 | | | 0.00T |
| MS | 28 Day Rental and Service  Charge | 1 | 225.00 | 225.00T |
| MDEL | Delivery/Pickup | 1 | 100.00 | 100.00T |
| | Subtotal | | | 325.00 |
| T | Thank You | | 0.00 | 0.00 |
| | Sales Tax | | 8.25% | 26.81 |

COP

| | | Total | $351.81 |
|---|---|---|---|
| **Thank You** | | | |

Print Form

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
## CERTIFIED COPIES REQUEST FORM

Certified copies require a fee of $11.00 per certification, plus .50¢ per page. For example, if you need 2 documents certified, and each document is 2 pages long, then you will need to pay the court $24.00 ($22.00 for certification, $2.00 for copies)

Please be sure to include the **case number, debtor(s) name, docket entry number**, and **name** of the document you need certified to ensure the clerk's office provides you with the correct documents.

The clerk's office cannot certify copies made by another entity. Copies for any certifications **MUST** be made by the clerk's office.

Please fill in ALL information in order for your request to be processed.

**Requestor's Mailing Address:** (NOTE: Please include a self-addressed, stamped envelope for return of certified copies.)

Name: ROSEN SYSTEMS, INC.

Address: 2323 LANGFORD ST, DALLAS TX 75208

Phone Number: 972-248-2266

| Case No. | Debtor(s) Name: | Docket No. | Name of Document |
|---|---|---|---|
| 19-45206-elm7 | SYNERGY FABRICATION INC | 2 | MEETING |
| | | | |
| | | | |

```
▌88Y11OCVX6x÷I79
"79i·▌i9'9÷++÷Y]q++q]+]Y'
3267676736734#'88;,<RR/md÷+'#P'1A8

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

# 427353   - CC
* * C O P Y * *
February 26, 2020
13:53:23

Certification
19-45206-ELM7
Debtor.: SYNERGY FABRICATION, INC.
Judge..: EDWARD L. MORRIS
Trustee: Shawn Brown
Amount.:                    $11.00 CH
Check#.: 37814

COPY
19-45206-ELM7
Debtor.: SYNERGY FABRICATION, INC.
Judge..: EDWARD L. MORRIS
Trustee: Shawn Brown
Amount.:                     $0.50 CH
Check#.: 37814

Total->  $11.50

FROM: ROSEN SYSTEMS, INC.
```

...... has been discharged, or case has been closed.

Texas Department of Motor Vehicles

☐ **CCO TRANSACTION**

```
OFFICE: DALLAS REGIONAL OFFICE
PLATE NO: 460647J                DATE: 03/02/2020
DOCUMENT NO: 26533043890083324   TIME: 08:33AM
PREV DOC NO: 12630542666101117 P EMPLOYEE ID: CFITTS    TRANSACTION ID: 26533043890083324
```

```
INVENTORY ITEM(S)          YR   NUMBER
CERTIFIED COPY ORIG TITLE        11684022
```

```
                    FEES ASSESSED
                    CCO REGION MAIL IN        $        2.00

                                   TOTAL     $        2.00
                    METHOD OF PAYMENT AND PAYMENT AMOUNT:
                         CHECK #7852 $        2.00
                         TOTAL AMOUNT PAID $  2.00
```

ORIGINAL
VTR-500-RTS (REV. 10/2016) DHT157490



# FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-962-19491 | Mar 19, 2020 | 0752-7533-1 | 3 of 4 |

**Ship Date:** Feb 25, 2020
**Payor:** Shipper
**Cust. Ref.:** Synergy lot 333
**Ref.#3:**
**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 777855099655 | Monica Hilburn | Attn: Clerks Office | |
| Service Type | FedEx Standard Overnight | 2323 Langford St. | US Bankruptcy Court, Northern | |
| Package Type | FedEx Envelope | DALLAS TX 75208 US | 501 West Tenth Street | |
| Zone | 02 | | FORT WORTH TX 76102 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 26, 2020 11:50 | Transportation Charge | | 24.85 |
| Svc Area | A1 | Automation Bonus Discount | | -3.98 |
| Signed by | C.CUMBY | Fuel Surcharge | | 1.20 |
| FedEx Use | 000000000/200/_ | **Total Charge** | **USD** | **$22.07** |

**Ship Date:** Feb 26, 2020
**Payor:** Shipper
**Cust. Ref.:** Synergy lot 333
**Ref.#3:**
**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
Return: Original Tracking ID 777855099655
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791031589240 | Attn: Clerks Office | Monica Hilburn | |
| Service Type | FedEx Standard Overnight | US Bankruptcy Court, Northern | 2323 Langford St. | |
| Package Type | FedEx Envelope | 501 West Tenth Street | DALLAS TX 75208 US | |
| Zone | 02 | FORT WORTH TX 76102 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 27, 2020 13:16 | Transportation Charge | | 24.85 |
| Svc Area | A1 | Automation Bonus Discount | | -3.98 |
| Signed by | J.HINOJSA | Fuel Surcharge | | 1.20 |
| FedEx Use | 000000000/200/_ | Print Return Label | | 1.05 |
| | | **Total Charge** | **USD** | **$23.12** |

**Ship Date:** Feb 27, 2020
**Payor:** Shipper
**Cust. Ref.:** SYNERGY FAB
**Ref.#3:**
**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 777882306259 | Pam Ladd | DUPLICATE TITLE REQUEST | |
| Service Type | FedEx 2Day | Rosen Systems, Inc. | TEXAS DEPT OF MOTOR VEHICLES | |
| Package Type | FedEx Envelope | 2323 Langford Street | 1925 E BELT LINE RD STE 100 | |
| Zone | 02 | DALLAS TX 75208 US | CARROLLTON TX 75006 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 28, 2020 09:40 | Transportation Charge | | 19.11 |
| Svc Area | A1 | Automation Bonus Discount | | -3.06 |
| Signed by | see above | Fuel Surcharge | | 0.92 |
| FedEx Use | 000000000/1108/02 | **Total Charge** | **USD** | **$16.97** |

**Ship Date:** Mar 02, 2020
**Payor:** Shipper
**Cust. Ref.:** SYNERGY FAB
**Ref.#3:**
**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 6.25% to this shipment.
Return: Original Tracking ID 777882306259
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791032420860 | DUPLICATE TITLE REQUEST | Pam Ladd | |
| Service Type | FedEx 2Day | TEXAS DEPT OF MOTOR VEHICLES | Rosen Systems, Inc. | |
| Package Type | FedEx Envelope | 1925 E BELT LINE RD STE 100 | 2323 Langford Street | |
| Zone | 02 | CARROLLTON TX 75006 US | DALLAS TX 75208 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Mar 03, 2020 14:58 | Transportation Charge | | 19.11 |
| Svc Area | A1 | Automation Bonus Discount | | -3.06 |
| Signed by | M.HILLBRAND | Fuel Surcharge | | 1.00 |
| FedEx Use | 000000000/1108/_ | Print Return Label | | 1.05 |
| | | **Total Charge** | **USD** | **$18.10** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$112.92** |