Meagan Martin Powers
**MARTIN POWERS & COUNSEL, PLLC**
600 E. John Carpenter Fwy., Suite 234
Irving, TX 75062
Telephone: 214-612-6474
Direct: 214-612-6471
Fax: 214-247-1155
meagan@martinpowers.com

**COUNSEL FOR MCNABB EQUIPMENT SERVICES, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Synergy Fabrication, Inc. | § | Case No.  19-45206-elm7 |
| Debtor. | § | |
| | § | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE</u>

Please take notice that Meagan Martin Powers, with the law firm of Martin Powers & Counsel, PLLC, hereby enters an appearance as counsel for McNabb Equipment Services, LLC, a creditor in the above-referenced bankruptcy case and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Meagan Martin Powers
**MARTIN POWERS & COUNSEL, PLLC**
600 E. John Carpenter Fwy., Suite 234
Irving, TX 75062
Telephone: 214-612-6474
Direct: 214-612-6471
Fax: 214-247-1155
meagan@martinpowers.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE                                        Page 1

orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated: March 30, 2020

Respectfully submitted,

/s/ Meagan Martin Powers
Meagan Martin Powers
Texas Bar No. 24050997
**MARTIN POWERS & COUNSEL, PLLC**
600 E. John Carpenter Fwy., Suite 234
Irving, TX 75062
Telephone: 214-612-6474
Direct: 214-612-6471
Fax: 214-247-1155
meagan@martinpowers.com
**COUNSEL TO MCNABB**
**EQUIPMENT SERVICES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 30th day of March, 2020, a true and correct copy of the foregoing document was served on parties receiving ECF Electronic Notification and/or U.S. First Class Mail, on all parties listed on the Debtor's service list.

/s/ Meagan Martin Powers
Meagan Martin Powers