IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-45206-ELM |
| | § | |
| SYNERGY FABRICATION, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled **on December 14, 2020, 9:30 a.m.,** before the Honorable Edward L. Morris, on the Motion to Sell Certain Assets of the Debtor's Estate to Oak Point Partners, LLC ("Oak Point") free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. §§ 105 and 363. The hearing will be conducted at the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, Room 204, U. S. Courthouse, 501 West 10th St., Fort Worth TX 76102-3643. The hearing may be conducted through the video platform WebEx. Specific information on the hearing will be posted in the hearing dates page for Judge Morris here by the Court:  https://www.txnb.uscourts.gov/

Respectfully submitted,

THE LAW OFFICE OF SHAWN K. BROWN PLLC

*/s/ Shawn K. Brown*
TBN 03170490
P.O. Box 93749
Southlake, TX 76092
(817) 488-6023
(888) 688-4621
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served upon the upon the Office of the U.S. Trustee (ECF), Debtor's counsel (ECF), upon all creditors with filed claims required to be served under F.R.B.P. 2002(h), and upon the parties requesting notice, via the Court's CM/ECF system on the date of filing, or directed to be mailed by BK Attorney Services LLC on or before November 20, 2020, by First Class United States Mail postage prepaid with respect to non-ECF users.

*/s/ Shawn K. Brown*