

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed December 9, 2020**                                **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALL HEARINGS SCHEDULED FOR | § | GENERAL ORDER |
| DECEMBER 14, 2020, AT 9:30 A.M., BEFORE | § | |
| THE HONORABLE EDWARD L. MORRIS | § | |
| | § | |

Pursuant to paragraph 1 of General Order 2020-14 issued by the Court on May 20, 2020, all hearings scheduled to take place before The Honorable Edward L. Morris on **December 14, 2020, at 9:30 a.m. (prevailing Central Time)**, shall be conducted by the Court by **WebEx videoconference only**, subject to the following requirements and procedures:

1. Witnesses are permitted to testify by WebEx videoconference, provided that **each such witness must have the WebEx video function activated** (*i.e.* telephonic testimony without accompanying video will not be accepted by the Court).

2. To join the videoconference, counsel, parties and witnesses must use the following WebEx link, meeting number (access code) and meeting password:

   Link: https://us-courts.webex.com/us-courts/j.php?MTID=m0f1e9d09281256c612b83ca25bc59fb7

   Meeting number (access code): **180 844 8548**

   Meeting password: **bankruptcy**

For counsel and other parties in interest who will **not** be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode, such counsel and parties in interest may telephonically join the hearing by using the following dial-in number and meeting number (access code):

        Dial-In: **1.650.479.3207**
        Meeting number (access code): **180 844 8548**

3. Any party intending to introduce documentary evidence at the hearing shall file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto. The deadline for filing such exhibit lists and exhibits for contested matters shall be governed by the provisions of N.D. Tex. L.B.R. 9014-1(c). Additionally, if the number of pages of such exhibits exceeds 100, then such party shall also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

4. All videoconference and telephonic attendees are required to comply with Judge Morris' Telephonic and Videoconference Hearing Policy posted on the Court's website at: https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0.

**IT IS SO ORDERED**.

### END OF ORDER ###