**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-45206 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| For the Period Ending: | 04/13/2021 | | §341(a) Meeting Date: | 02/26/2020 |
| | | | Claims Bar Date: | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank Checking 1586 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Home Savings Bank Simply Business Checking 6582 | $32,706.18 | $32,706.18 | | $32,860.62 | FA |
| 3 | Stride Bank, N.A. Checking 3365 | $3,166.34 | $3,166.34 | | $2,528.17 | FA |
| 4 | Hal Allen Family, LP | $8,220.00 | $8,220.00 | | $0.00 | FA |
| Asset Notes: | Credit applied to secured claim. | | | | | |
| 5 | Accounts receivable 11a. 90 days old or less: face amount 7,382.00- doubtful or uncollectible accounts 0.00 = $7,382.00 | $7,382.00 | $7,382.00 | | $0.00 | FA |
| 6 | 11a. 90 days old or less: face amount 4,870.00 - doubtful or uncollectible accounts 4,870.00 = unknown | Unknown | $0.00 | | $0.00 | FA |
| 7 | Other inventory or supplies Inventory valued at $900,000 - estimated re-sale value considerably less unknown | Unknown | $0.00 | | $195,455.07 | FA |
| Asset Notes: | Proceeds received are a combination of Inventory of $102,980.69 and all other machinery and equipment $92,474.38. Schedules were ambiguous concerning the machinery and equipment category. | | | | | |
| 8 | Office furniture Furniture & Fixtures - assumed by TRCG as part of the Lease Release unknown | Unknown | $0.00 | | $2,007.00 | FA |
| 9 | Office equipment, including all computer equipment and communication systems equipment and software Copier - taken over by Hal Allen Family, LP, Landlord (Status Unknown) $3,500.00 | Unknown | $0.00 | | $1,003.00 | FA |
| 10 | Dodge Ram Truck - vandalized in mid-summer, 2019 $0.00 | Unknown | $0.00 | | $0.00 | FA |
| 11 | 2-Trailers $0.00 | Unknown | $0.00 | | $9,000.32 | FA |
| 12 | Tools - status unknown - valued at $24,512.98 $0.00 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in asset #7 | | | | | |
| 13 | Welding Machines valued at $471,071.47 but depreciated $250,000.00 | $250,000.00 | $250,000.00 | | $145,251.00 | FA |
| 14 | Northwestern Mutual Life Ins policy (u) | $0.00 | $82.72 | | $82.72 | FA |
| 15 | Remnant assets (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-45206 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| For the Period Ending: | 04/13/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                                                  **Gross Value of Remaining Asset**

$301,474.52        $306,557.24        $393,187.90        $0.00

**Major Activities affecting case closing:**

04/13/2021   UPDATE 3.29.21-REMANANT SALE CLOSED. CPA PREPARING FINAL TAX RETURN. FINAL REPORT TO BE SUBMITTED UPON IRS AUDIT DEADLINE.

UPDATE 10.13.20-TRUSTEE TO SEEK APPROVAL OF REMNANT ASSET SALE.  FINAL TAX RETURN PREPARATION IN PROCESS. SOME CLAIM INQUIRIES OUTSTANDING.

ASSETS ARE CASH, EQUIPMENT, INVENTORY AND VEHICLES

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE-AUCTION CONDUCTED. CASH COLLECTED.
SECURE DOCUMENTS AND DATA-DONE--CPA

CLAIMS BAR DATE SET: 1.10.20
CLAIMS REVIEW DATE: 7.27.20
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE: Outstanding 4, 9 and 29 as of 7.27.20

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-45206 | Trustee Name: | Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| For the Period Ending: | 04/13/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | **Current Projected Date Of Final Report (TFR):** | /s/ SHAWN K. BROWN |
| | | | SHAWN K. BROWN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-45206 | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** SYNERGY FABRICATION, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***4695 | **Checking Acct #:** | ******5206 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 12/30/2019 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** 04/13/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/18/2020 | (2) | SYNERGY FABRICATION, INC. | Home Savings Bank funds | 1129-000 | $32,860.62 | | $32,860.62 |
| 02/13/2020 | (3) | STRIDE BANK | Debtor bank funds turned over. | 1129-000 | $2,528.17 | | $35,388.79 |
| 03/10/2020 | | ROSEN SYSTEMS, INC. | Auction proceeds | * | $352,716.39 | | $388,105.18 |
| | {7} | | Combination of Inventory of $195,455.07 $102,980.69 and all other machinery and equipment $92,474.38. Schedules were ambiguous concerning the machinery and equipment category. | 1129-000 | | | $388,105.18 |
| | {8} | | $2,007.00 | 1129-000 | | | $388,105.18 |
| | {9} | | $1,003.00 | 1129-000 | | | $388,105.18 |
| | {11} | | $9,000.32 | 1129-000 | | | $388,105.18 |
| | {13} | | $145,251.00 | 1129-000 | | | $388,105.18 |
| 03/26/2020 | 2001 | Hal Allen Family, LP | Order Dkt # 26 | 4210-000 | | $82,157.69 | $305,947.49 |
| 04/21/2020 | 2002 | Rosen Systems, Inc. | Order Dkt # 32 | 3620-000 | | $17,303.95 | $288,643.54 |
| 05/05/2020 | | ROSEN SYSTEMS, INC. | Refund of overpayment of expenses. Order ECF no 32 and Fee application mistakenly overstated the expenses. | 3620-000 | | ($175.17) | $288,818.71 |
| 05/18/2020 | (14) | NORTHWESTERN MUTUAL | Policy refund | 1290-000 | $82.72 | | $288,901.43 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $421.30 | $288,480.13 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $420.69 | $288,059.44 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $420.07 | $287,639.37 |
| 11/20/2020 | | Clerk of the U.S. Bankruptcy Court Northern District of Texas | Filing fee Motion to Sell remnant assets | 2700-000 | | $181.00 | $287,458.37 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $419.39 | $287,038.98 |
| 12/18/2020 | (15) | OAK POINT PARTNERS | Remnant sale proceeds | 1229-000 | $5,000.00 | | $292,038.98 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $421.74 | $291,617.24 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $425.26 | $291,191.98 |
| | | | | **SUBTOTALS** | **$393,187.90** | **$101,995.92** | |

Case 19-45206-elm7 Doc 44 Filed 04/13/21   Entered 04/13/21 14:06:23   Page 5 of 6

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 19-45206 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4695 | | Checking Acct #: | ******5206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/30/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/13/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $424.64 | $290,767.34 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $424.02 | $290,343.32 |
| | | | TOTALS: | | $393,187.90 | $102,844.58 | $290,343.32 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $393,187.90 | $102,844.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $393,187.90 | $102,844.58 | |

| For the period of 12/30/2019 to 04/13/2021 | | For the entire history of the account between 01/10/2020 to 4/13/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $393,187.90 | Total Compensable Receipts: | $393,187.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $393,187.90 | Total Comp/Non Comp Receipts: | $393,187.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $102,844.58 | Total Compensable Disbursements: | $102,844.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102,844.58 | Total Comp/Non Comp Disbursements: | $102,844.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 19-45206 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4695 | Checking Acct #: | ******5206 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/30/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $393,187.90 | $102,844.58 | $290,343.32 |

**For the period of 12/30/2019 to 04/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $393,187.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $393,187.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $102,844.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102,844.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/10/2020 to 4/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $393,187.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $393,187.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $102,844.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102,844.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN