UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>SYNERGY FABRICATION, INC. | CASE NO: 19-45206<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 45<br>Judge: EDWARD L. MORRIS<br>Response Date: JULY 15, 2021 |

On 6/23/2021, I did cause a copy of the following documents, described below,

Application for compensation for Lain, Faulkner & Co., P.C. ECF Docket Reference No. 45

Application for compensation  for The Law Office of Shawn K Brown, PLLC 46

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2021

/s/ Shawn K. Brown
Shawn K. Brown  03170490

The Law Office of Shawn K. Brown PLLC
PO Box 93749
Southlake, TX  76092
817 488 6023

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>SYNERGY FABRICATION, INC. | CASE NO: 19-45206<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 45<br>Judge: EDWARD L. MORRIS<br>Response Date: JULY 15, 2021 |

On 6/23/2021, a copy of the following documents, described below,

Application for compensation for Lain, Faulkner & Co., P.C. ECF Docket Reference No. 45

Application for compensation for The Law Office of Shawn K Brown, PLLC 46

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Shawn K. Brown
The Law Office of Shawn K. Brown PLLC
PO Box 93749
Southlake, TX  76092

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JET SPECIALTY INC<br>211 MARKET AVE<br>BOERNE TX 78006-3050 | BAXTER BAILEY ASSOCIATES INC<br>1630 GOODMAN RD E<br>SUITE 1<br>SOUTHAVEN MS 38671 | HAIGOOD CAMPBELL LLC<br>PO BOX 1066<br>ARCHER CITY TX 76351 |
| EULER HERMES NA AS AGENT FOR WILLBANKS METALS INC<br>800 RED BROOK BLVD 400C<br>OWINGS MILLS MD 21117 | ATMOS ENERGY CORPORATION<br>ATTN BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS TX 75265-0205 | PREMIUM WELD SERVICES INC<br>PO BOX 422<br>SANTO TX 76472 |
| INDUSTRIAL REFRACTORY<br>2300 S MAIN ST<br>FORT WORTH TX 76110-2705 | SERVICE WASTE INC<br>PO BOX 1195<br>FORT WORTH TX 76101-1195 | WILLBANKS METALS<br>1155 NE 28TH ST<br>FORT WORTH TX 76106-7241 |
| BLAYLOCK GASKET PACKING<br>3213 RAMONA DR<br>FORT WORTH TX 76116-5137 | BOB DAVIS SALES INC<br>214 E DANVILLE STREET<br>KILGORE TX 75662 | AMERICAN PIPING PRODUCTS INC<br>825 MARYVILLE CENTRE DR STE 310<br>CHESTERFIELD MO 63017 |
| BAKER TANKHEAD<br>10405 NORTH FWY<br>FORT WORTH TX 76177-7127 | FRISA FORJADOS SA DE CV<br>819 CROSSBRIDGE DRIVE<br>SPRING TX 77373 | FORT WORTH FD HEAD COMPANY<br>3040 PEDEN ROAD<br>FORT WORTH TX 76179-7617 |
| MERDECA LLC<br>PO BOX 217<br>HINTON OK 73047 | CAMINO NATURAL RESOURCES LLC<br>ATT MARK BROWN<br>1401 17TH STREET SUITE 1000<br>SUITE 500<br>DENVER CO 80202 | PRESTIGE VALVE SUPPLY LLC<br>PO BOX 4303<br>TULSA OK 74159 |
| TRIPLE S STEEL HOLDINGS INC<br>11310 WEST LITTLE YORK<br>HOUSTON TX 77041 | SAIA MOTOR FREIGHT LINE LLC<br>PO BOX A STATION 1<br>HOUMA LA 70363 | WILLIAMS SCOTSMAN INC<br>PO BOX 91975<br>CHICAGO IL 60693 |
| GAS AND SUPPLY NORTH TEXAS LLC<br>LISA GINTZ<br>4709 BLUEBONNET BLVD SUITE A<br>BATON ROUGE LA 70809 | ALLENDORPH SPECIALTIES INC<br>201 STANTON RD<br>BROUSSARD LA 70518-3430 | MEWBOURNE OIL COMPANY<br>3620 OLD BULLARD RD<br>TYLER TX 75701 |
| AIR POWER SALES SERVICE<br>823 WEST MARSHALL AVE<br>LONGVIEW TX 75601 | CNA COMMERCIAL INSURANCE<br>23453 NETWORK PLACE<br>CHICAGO IL 60673 | GREENES ENERGY GROUP LLC<br>11757 KATY FREEWAY SUITE 700<br>HOUSTON TX 77079 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BONDED INSPECTIONS INC<br>STEVE FFAIN PRESIDENT<br>10817 SANDEN DRIVE<br>DALLAS TX 75238 | LYNCO FLANGE FITTING INC<br>CO DUNWOODY LAW FIRM PLLC<br>2500 TANGLEWILDE SUITE 150<br>HOUSTON TX 77063 | FLAMECO INDUSTRIES<br>PO BOX 4303<br>TULSA OK 74159 |
| PRESTIGE VALVE SUPPLY LLC<br>PO BOX 863<br>HASLET TX 76052 | SOUTHWEST METAL TREATING CORP<br>PO BOX 6270<br>FORT WORTH TX 76115 | |