**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 19-45206-ELM |
| SYNERGY FABRICATION, INC. | § § | |
| | § § | CHAPTER 7 |
| DEBTOR | § § | |

### CERTIFICATE OF NO OBJECTIONS (Docket No. 46)

  On June 23, 2021, Shawn K. Brown, chapter 7 Trustee ("Trustee"), filed and served his Final Application for Allowance of Fees of The Law Office of Shawn K. Brown PLLC as counsel for the Chapter 7 Trustee (the "Application").  Pursuant to N.D. Tex. L.B.R. 9007-1(c), as part of the Application, the Trustee gave notice of a response deadline of at least 21 days after service of the Application.  The Application was served by mail and/or the Court's CM/ECF electronic filing system.  Responses were to be served no later than July 15, 2021. Any objections to the Application were to have been served on the Trustee. As of the filing date of this Certificate, the Trustee has received no objections or responses, and the docket reflects that no objections or responses have been filed.

  Respectfully submitted,

  THE LAW OFFICE OF SHAWN K. BROWN PLLC

  /s/ Shawn K. Brown
  TX Bar No. 03170490
  PO Box 93749
  Southlake TX 76092
  (817) 488-6023
  shawn@browntrustee.com

  COUNSEL FOR THE CHAPTER 7 TRUSTEE