IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-45206-ELM |
| SYNERGY FABRICATION, INC. | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

## NOTICE OF INTENTION TO ABANDON AND DESTROY ALL BUSINESS RECORDS PURSUANT TO SECTION 554

Shawn K. Brown, chapter 7 trustee ("Trustee") files this Notice of Intent to Abandon and Destroy Debtor's Business Records. The Trustee's CPA has been storing a substantial portion of the Debtor's business records. The Trustee no longer requires the use of the records in the administration of this case. The records should be abandoned as burdensome to the estate pursuant to §554 of the Bankruptcy Code (11 U.S.C. §554). Upon approval of the abandonment, the Trustee will cause the business records, including any computers or other electronic storage devices to be destroyed.

UNLESS WRITTEN OBJECTION IS FILED WITH THE BANKRUPTCY COURT WITHIN SEVENTEEN DAYS OF SERVICE, THE RECORDS SHALL BE DEEMED ABANDONDONED AS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE BANKRUPTCY COURT, AND THE TRUSTEE MAY DESTROY THE RECORDS.

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102, BEFORE CLOSE OF BUSINESS ON AUGUST 16, 2021, WHICH IS AT LEAST SEVENTEEN (17) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE TO OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

    Respectfully submitted,

/s/ Shawn K. Brown
State Bar No 03170490
P.O. Box 93749
Southlake, TX 76092
Phone (817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was served upon the Office of the U.S. Trustee (ECF), Debtor's counsel (ECF), upon all creditors with filed claims required to be served under F.R.B.P. 2002(h), and upon the parties requesting notice, via the Court's CM/ECF system on the date of filing, or directed to be mailed by BK Attorney Services LLC on or before July 7, 2021, by First Class United States Mail postage prepaid with respect to non-ECF users.

/s/ Shawn K. Brown