Shawn K. Brown
State Bar No. 03170490
The Law Office of Shawn K. Brown PLLC
P.O. Box 93749
Southlake, TX 76092
Phone: (817) 488-6023
Fax:    (888) 688-4621
shawn@browntrustee.com

ATTORNEY FOR THE CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | Case No. 19-45206-ELM |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |
| | § | |

## REPORT OF SALE

COMES NOW Shawn K. Brown, Trustee ("Trustee"), and files this Report of Sale (the "Report"), and in support would respectfully show this Court as follows:

1.  On November 20, 2020, the Trustee filed his Motion for an Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims and Encumbrances [ECF #37] ("Motion"). The Motion sought approval to sell the estate's remnant assets, with certain assets excluded as described in the Motion, to Oak Point Partners, LLC ("Oak Point"). On December 14, 2020, the Court entered an order approving the sale [ECF # 43].

2.  Oak Point delivered the purchase price of $5,000.00 to the Trustee. The Trustee and Oak Point subsequently closed the sale when the Trustee executed and delivered the transfer documents to Oak Point.

Respectfully submitted,

The Law Office of Shawn K. Brown PLLC

*/s/ Shawn K. Brown*
State Bar No. 03170490
Po Box 93749
Southlake, TX 76092
 Phone: (817) 488-6023
 Fax: (888) 688-4621

COUNSEL FOR THE CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Report of Sale, was served on the United States Trustee by the Court's ECF system on this 25th day of August, 2021.

*/s/ Shawn K. Brown*