**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-45206-ELM7 |
| | § | |
| SYNERGY FABRICATION, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/30/2019. The undersigned trustee was appointed on 12/30/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $394,178.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $36,374.21 |
   | Bank service fees | $4,645.47 |
   | Other Payments to creditors | $82,157.69 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $271,001.50 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>06/02/2020</u> and the deadline for filing government claims was <u>06/30/2020</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$22,958.94</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$22,958.94</u>, for a total compensation of <u>$22,958.94</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$449.22,</u> for total expenses of <u>$449.22</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>07/22/2021</u>                                     By:     /s/ Shawn K. Brown
                                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**        Page No:   1      Exhibit A

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:**    19-45206-ELM | **Trustee Name:**    Shawn K. Brown |
| **Case Name:**    SYNERGY FABRICATION, INC. | **Date Filed (f) or Converted (c):**    12/30/2019 (f) |
| **For the Period Ending:**    7/22/2021 | **§341(a) Meeting Date:**    02/26/2020 |
| | **Claims Bar Date:**    06/02/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** **(Scheduled and** **Unscheduled (u) Property)** | **Petition/** **Unscheduled** **Value** | **Estimated Net Value** **(Value Determined by** **Trustee,** **Less Liens, Exemptions,** **and Other Costs)** | **Property** **Abandoned** **OA =§ 554(a) abandon.** | **Sales/Funds** **Received by** **the Estate** | **Asset Fully Administered (FA)/** **Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | JPMorgan Chase Bank Checking 1586 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Home Savings Bank Simply Business Checking 6582 | $32,706.18 | $32,706.18 | | $32,860.62 | FA |
| 3 | Stride Bank, N.A. Checking 3365 | $3,166.34 | $3,166.34 | | $2,528.17 | FA |
| 4 | Hal Allen Family, LP | $8,220.00 | $8,220.00 | | $0.00 | FA |
| **Asset Notes:**    Credit applied to secured claim. | | | | | | |
| 5 | Accounts receivable 11a. 90 days old or less: face amount 7,382.00- doubtful or uncollectible accounts 0.00 = $7,382.00 | $7,382.00 | $7,382.00 | | $0.00 | FA |
| 6 | 11a. 90 days old or less: face amount 4,870.00 - doubtful or uncollectible accounts 4,870.00 = unknown | Unknown | $0.00 | | $0.00 | FA |
| 7 | Other inventory or supplies Inventory valued at $900,000 - estimated re-sale value considerably less unknown | Unknown | $0.00 | | $195,455.07 | FA |
| **Asset Notes:**    Proceeds received are a combination of Inventory of $102,980.69 and all other machinery and equipment $92,474.38. Schedules were ambiguous concerning the machinery and equipment category. | | | | | | |
| 8 | Office furniture Furniture & Fixtures - assumed by TRCG as part of the Lease Release unknown | Unknown | $0.00 | | $2,007.00 | FA |
| 9 | Office equipment, including all computer equipment and communication systems equipment and software Copier - taken over by Hal Allen Family, LP, Landlord (Status Unknown) $3,500.00 | Unknown | $0.00 | | $1,003.00 | FA |
| 10 | Dodge Ram Truck - vandalized in mid-summer, 2019 $0.00 | Unknown | $0.00 | | $0.00 | FA |
| 11 | 2-Trailers $0.00 | Unknown | $0.00 | | $9,000.32 | FA |
| 12 | Tools - status unknown - valued at $24,512.98 $0.00 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Included in asset #7 | | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:     2          Exhibit A

| Case No.: | 19-45206-ELM | Trustee Name: | Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | Date Filed (f) or Converted (c): | 12/30/2019 (f) |
| For the Period Ending: | 7/22/2021 | §341(a) Meeting Date: | 02/26/2020 |
| | | Claims Bar Date: | 06/02/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description<br>(Scheduled and<br>Unscheduled (u) Property)** | **Petition/<br>Unscheduled<br>Value** | **Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs)** | **Property<br>Abandoned<br>OA =§ 554(a) abandon.** | **Sales/Funds<br>Received by<br>the Estate** | **Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets** |
| 13 | Welding Machines valued at $471,071.47 but depreciated $250,000.00 | $250,000.00 | $250,000.00 | | $145,251.00 | FA |
| 14 | Northwestern Mutual Life Ins policy **(u)** | $0.00 | $82.72 | | $82.72 | FA |
| 15 | Remnant assets **(u)** | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 16 | National Tube Supply refund **(u)** | $0.00 | $990.97 | | $990.97 | FA |

**TOTALS (Excluding unknown value)** — $301,474.52 — $307,548.21 — $394,178.87 — **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit A

| | |
|---|---|
| **Case No.:** | 19-45206-ELM |
| **Case Name:** | SYNERGY FABRICATION, INC. |
| **For the Period Ending:** | 7/22/2021 |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Date Filed (f) or Converted (c):** | 12/30/2019 (f) |
| **§341(a) Meeting Date:** | 02/26/2020 |
| **Claims Bar Date:** | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/20/2021    UPDATE 7.20.21-FINAL PROFESSIONAL FEE APPLICATIONS PENDING.  TFR TO BE SUBMITTED AS SOON AS FEES ARE PAID.

UPDATE 3.29.21-REMANANT SALE CLOSED. CPA PREPARING FINAL TAX RETURN.  FINAL REPORT TO BE SUBMITTED UPON IRS AUDIT DEADLINE.

UPDATE 10.13.20-TRUSTEE TO SEEK APPROVAL OF REMNANT ASSET SALE.  FINAL TAX RETURN PREPARATION IN PROCESS. SOME CLAIM INQUIRIES OUTSTANDING.

ASSETS ARE CASH, EQUIPMENT, INVENTORY AND VEHICLES

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE-AUCTION CONDUCTED. CASH COLLECTED.
SECURE DOCUMENTS AND DATA-DONE--CPA

CLAIMS BAR DATE SET: 1.10.20
CLAIMS REVIEW DATE: 7.27.20
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE: Outstanding 4, 9 and 29 as of 7.27.20

TAX RETURN 505 LETTER SENT DATE: 5.3.21 IRS Form 1041S and prompt determination letter faxed to IRS and mailed to Ogen UT for filing. All K-1s mailed.
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE: 7.22.21
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4      Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 19-45206-ELM | |
| **Case Name:** | SYNERGY FABRICATION, INC. | |
| **For the Period Ending:** | 7/22/2021 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Date Filed (f) or Converted (c):** | 12/30/2019 (f) |
| **§341(a) Meeting Date:** | 02/26/2020 |
| **Claims Bar Date:** | 06/02/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    06/30/2022          **Current Projected Date Of Final Report (TFR):**    09/30/2021

/s/ SHAWN K. BROWN

SHAWN K. BROWN

Page No: 1                    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 19-45206-ELM | | | Trustee Name: | Shawn K. Brown | |
| Case Name: | SYNERGY FABRICATION, INC. | | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***4695 | | | Checking Acct #: | ******5206 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 12/30/2019 | | | Blanket bond (per case limit): | $300,000.00 | |
| For Period Ending: | 7/22/2021 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/18/2020 | (2) | SYNERGY FABRICATION, INC. | Home Savings Bank funds | 1129-000 | $32,860.62 | | $32,860.62 |
| 02/13/2020 | (3) | STRIDE BANK | Debtor bank funds turned over. | 1129-000 | $2,528.17 | | $35,388.79 |
| 03/10/2020 | | ROSEN SYSTEMS, INC. | Auction proceeds | * | $352,716.39 | | $388,105.18 |
| | {7} | | Combination of Inventory of $102,980.69 and all other machinery and equipment $92,474.38. Schedules were ambiguous concerning the machinery and equipment category. — $195,455.07 | 1129-000 | | | $388,105.18 |
| | {8} | | $2,007.00 | 1129-000 | | | $388,105.18 |
| | {9} | | $1,003.00 | 1129-000 | | | $388,105.18 |
| | {11} | | $9,000.32 | 1129-000 | | | $388,105.18 |
| | {13} | | $145,251.00 | 1129-000 | | | $388,105.18 |
| 03/26/2020 | 2001 | Hal Allen Family, LP | Order Dkt # 26 | 4210-000 | | $82,157.69 | $305,947.49 |
| 04/21/2020 | 2002 | Rosen Systems, Inc. | Order Dkt # 32 | 3620-000 | | $17,303.95 | $288,643.54 |
| 05/05/2020 | | ROSEN SYSTEMS, INC. | Refund of overpayment of expenses. Order ECF no 32 and Fee application mistakenly overstated the expenses. | 3620-000 | | ($175.17) | $288,818.71 |
| 05/18/2020 | (14) | NORTHWESTERN MUTUAL | Policy refund | 1290-000 | $82.72 | | $288,901.43 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $421.30 | $288,480.13 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $420.69 | $288,059.44 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $420.07 | $287,639.37 |
| 11/20/2020 | | Clerk of the U.S. Bankruptcy Court Northern District of Texas | Filing fee Motion to Sell remnant assets | 2700-000 | | $181.00 | $287,458.37 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $419.39 | $287,038.98 |
| 12/18/2020 | (15) | OAK POINT PARTNERS | Remnant sale proceeds | 1229-000 | $5,000.00 | | $292,038.98 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $421.74 | $291,617.24 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $425.26 | $291,191.98 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $424.64 | $290,767.34 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $424.02 | $290,343.32 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $423.40 | $289,919.92 |
| | | | **SUBTOTALS** | | $393,187.90 | $103,267.98 | |

**FORM 2**

Page No: 2       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-45206-ELM | **Trustee Name:** Shawn K. Brown |
| **Case Name:** | SYNERGY FABRICATION, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***4695 | **Checking Acct #:** ******5206 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 12/30/2019 | **Blanket bond (per case limit):** $300,000.00 |
| **For Period Ending:** | 7/22/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $422.79 | $289,497.13 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $422.17 | $289,074.96 |
| 07/06/2021 | (16) | NATIONAL TUBE SUPPLY CO. | Unscheduled refund | 1290-000 | $990.97 | | $290,065.93 |
| 07/21/2021 | 2003 | Lain Faulkner & Co. | Order ECF 50 | 3410-000 | | $14,233.50 | $275,832.43 |
| 07/21/2021 | 2004 | Lain Faulkner & Co. | Order ECF 50 | 3420-000 | | $18.43 | $275,814.00 |
| 07/21/2021 | 2005 | The Law Office of Shawn K. Brown PLLC | Order ECF 51 | 3110-000 | | $4,812.50 | $271,001.50 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $394,178.87 | $123,177.37 | $271,001.50 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $394,178.87 | $123,177.37 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $394,178.87 | $123,177.37 | |

| For the period of 12/30/2019 to 7/22/2021 | | For the entire history of the account between 01/10/2020 to 7/22/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $394,178.87 | Total Compensable Receipts: | $394,178.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $394,178.87 | Total Comp/Non Comp Receipts: | $394,178.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $123,177.37 | Total Compensable Disbursements: | $123,177.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $123,177.37 | Total Comp/Non Comp Disbursements: | $123,177.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3          Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-45206-ELM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4695 | | Checking Acct #: | ******5206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/30/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/22/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | $394,178.87 | $123,177.37 | $271,001.50 |

| **For the period of 12/30/2019 to 7/22/2021** | | **For the entire history of the case between 12/30/2019 to 7/22/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $394,178.87 | Total Compensable Receipts: | $394,178.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $394,178.87 | Total Comp/Non Comp Receipts: | $394,178.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $123,177.37 | Total Compensable Disbursements: | $123,177.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $123,177.37 | Total Comp/Non Comp Disbursements: | $123,177.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN

**CLAIM ANALYSIS REPORT**

Exhibit C

| | | |
|---|---|---|
| Case No. | 19-45206-ELM | Trustee Name: Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | Date: 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHAWN K. BROWN<br><br>P.O. Box 93749<br>Southlake TX 76092 | 01/14/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $449.22 | $449.22 | $0.00 | $0.00 | $0.00 | $449.22 |
| | ROSEN SYSTEMS, INC.<br><br>2323 Langford<br>Dallas TX 75208 | 01/16/2020 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $17,128.78 | $17,128.78 | $17,128.78 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Order Dkt # 32

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THE LAW OFFICE OF SHAWN K. BROWN PLLC<br>PO Box 93749<br>Southlake TX 76092 | 01/17/2020 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $4,812.50 | $4,812.50 | $4,812.50 | $0.00 | $0.00 | $0.00 |
| | LAIN FAULKNER & CO.<br><br>Lain Faulkner & Co.<br>400 N. St. Paul St., Suite 600<br>Dallas TX 75201 | 03/17/2020 | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $14,233.50 | $14,233.50 | $14,233.50 | $0.00 | $0.00 | $0.00 |
| | LAIN FAULKNER & CO.<br><br>Lain Faulkner & Co.<br>400 N. St. Paul St., Suite 600<br>Dallas TX 75201 | 03/17/2020 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $18.43 | $18.43 | $18.43 | $0.00 | $0.00 | $0.00 |
| | HAL ALLEN FAMILY, LP<br><br>c/o Brandon Jones<br>Bonds Ellis et al.<br>420 Throckmorton<br>Suite 1000<br>Fort Worth TX 76008 | 03/26/2020 | Personal Prop & Intang - Consensual | Allowed | 4210-000 | $0.00 | $86,354.24 | $82,157.69 | $82,157.69 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Order Dkt # 17
Pro rata share of auction expenses of $4,196.55 deducted from claim payment per order.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHAWN K. BROWN<br><br>P.O. Box 93749<br>Southlake TX 76092 | 07/22/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $22,958.94 | $22,958.94 | $0.00 | $0.00 | $0.00 | $22,958.94 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 19-45206-ELM | |
| **Case Name:** | SYNERGY FABRICATION, INC. | |
| **Claims Bar Date:** | 06/02/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Date:** | 7/22/2021 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JET SPECIALTY, INC.<br><br>211 Market Ave<br>Boerne TX 78006-3050 | 01/09/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,257.20 | $9,257.20 | $9,257.20 | $0.00 | $0.00 | $0.00 | $9,257.20 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 2 | BAXTER BAILEY & ASSOCIATES, INC.<br>1630 Goodman Rd. E<br>Suite 1<br>Southaven MS 38671 | 01/22/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $29,250.00 | $29,250.00 | $29,250.00 | $0.00 | $0.00 | $0.00 | $29,250.00 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 3 | HAIGOOD & CAMPBELL, LLC<br>P.O. Box 1066<br>Archer City TX 76351 | 01/22/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $8,189.94 | $8,416.96 | $8,416.96 | $0.00 | $0.00 | $0.00 | $8,416.96 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 4 | EULER HERMES N.A AS AGENT FOR WILLBANKS METALS, INC.<br>800 Red Brook Blvd, #400C<br>Owings Mills MD 21117 | 01/28/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $15,269.00 | $19,320.00 | $19,320.00 | $0.00 | $0.00 | $0.00 | $19,320.00 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 5 | ATMOS ENERGY CORPORATION<br>Attn: Bankruptcy Group<br>PO Box 650205<br>Dallas TX 75265-0205 | 02/06/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $131.92 | $446.61 | $446.61 | $0.00 | $0.00 | $0.00 | $446.61 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 6 | PREMIUM WELD SERVICES, INC.<br>PO Box 422<br>Santo TX 76472 | 03/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $49,630.34 | $45,730.34 | $45,730.34 | $0.00 | $0.00 | $0.00 | $45,730.34 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 7 | INDUSTRIAL REFRACTORY<br>2300 S Main St<br>Fort Worth TX 76110-2705 | 03/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $11,673.79 | $11,673.79 | $11,673.79 | $0.00 | $0.00 | $0.00 | $11,673.79 |
| **Claim Notes:** | Allow | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No.: | 19-45206-ELM | Trustee Name: | Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | SERVICE WASTE, INC. PO Box 1195 Fort Worth TX 76101-1195 | 03/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,072.85 | $1,883.59 | $1,883.59 | $0.00 | $0.00 | $0.00 | $1,883.59 |
| **Claim Notes:** Allow | | | | | | | | | | | | |
| 9 | WILLBANKS METALS 1155 NE 28th St Fort Worth TX 76106-7241 | 03/10/2020 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $19,320.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Withdrawn ECF# 36 | | | | | | | | | | | | |
| 10 | BLAYLOCK GASKET & PACKING 3213 Ramona Dr Fort Worth TX 76116-5137 | 03/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,862.28 | $3,862.28 | $3,862.28 | $0.00 | $0.00 | $0.00 | $3,862.28 |
| **Claim Notes:** Allow | | | | | | | | | | | | |
| 11 | SYNERGY FABRICATION PO BOX 4303 TULSA OK 74159 | 03/10/2020 | General Unsecured 726(a)(2) | Amended | 7100-000 | $12,600.00 | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Amended by 35 | | | | | | | | | | | | |
| 12 | BOB DAVIS SALES, INC. 214 E. Danville Street Kilgore TX 75662 | 03/11/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,760.45 | $1,760.45 | $1,760.45 | $0.00 | $0.00 | $0.00 | $1,760.45 |
| **Claim Notes:** Allow | | | | | | | | | | | | |
| 13 | AMERICAN PIPING PRODUCTS, INC. 825 Maryville Centre Dr Ste 310 Chesterfield MO 63017 | 03/11/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $203,049.62 | $203,049.62 | $203,049.62 | $0.00 | $0.00 | $0.00 | $203,049.62 |
| **Claim Notes:** Allow | | | | | | | | | | | | |
| 14 | BAKER TANKHEAD 10405 North Fwy Fort Worth TX 76177-7127 | 03/11/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $27,613.00 | $27,613.00 | $27,613.00 | $0.00 | $0.00 | $0.00 | $27,613.00 |
| **Claim Notes:** Allow | | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 19-45206-ELM | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | FRISA FORJADOS S.A. DE C.V. 819 Crossbridge Drive Spring TX 77373 | 03/11/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $448,880.00 | $448,880.00 | $0.00 | $0.00 | $0.00 | $448,880.00 |
| Claim Notes: | Allow | | | | | | | | | | | |
| 16 | FORT WORTH F&D HEAD COMPANY 3040 Peden Road Fort Worth TX 76179-7617 | 03/12/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $244,012.00 | $244,012.00 | $244,012.00 | $0.00 | $0.00 | $0.00 | $244,012.00 |
| Claim Notes: | Allow | | | | | | | | | | | |
| 17 | MERDECA, LLC PO Box 217 Hinton OK 73047 | 03/13/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $105,385.50 | $105,385.50 | $105,385.50 | $0.00 | $0.00 | $0.00 | $105,385.50 |
| Claim Notes: | Allow | | | | | | | | | | | |
| 18 | CAMINO NATURAL RESOURCES LLC Att Mark Brown 1401 17th Street, Suite 1000 Suite 500 Denver CO 80202 | 03/16/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $127,136.00 | $127,136.00 | $127,136.00 | $0.00 | $0.00 | $0.00 | $127,136.00 |
| Claim Notes: | Updated pay address Allow | | | | | | | | | | | |
| 19 | PRESTIGE VALVE & SUPPLY, LLC PO Box 4303 Tulsa OK 74159 | 03/16/2020 | General Unsecured 726(a)(2) | Amended | 7100-000 | $40,998.35 | $40,998.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Amended by #36 | | | | | | | | | | | |
| 20 | TRIPLE S STEEL HOLDINGS, INC. 11310 West Little York Houston TX 77041 | 03/18/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $45,361.95 | $45,361.95 | $45,361.95 | $0.00 | $0.00 | $0.00 | $45,361.95 |
| Claim Notes: | Allow | | | | | | | | | | | |
| 21 | SAIA MOTOR FREIGHT LINE LLC PO Box A Station 1 Houma LA 70363 | 03/20/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $288.92 | $288.92 | $288.92 | $0.00 | $0.00 | $0.00 | $288.92 |
| Claim Notes: | Allow | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No.: | 19-45206-ELM | | Trustee Name: | Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | WILLIAMS SCOTSMAN INC. PO Box 91975 Chicago IL 60693 | 03/22/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $15,269.00 | $15,541.39 | $15,541.39 | $0.00 | $0.00 | $0.00 | $15,541.39 |
| **Claim Notes:** | Updated payment address Allow | | | | | | | | | | | |
| 23 | GAS AND SUPPLY NORTH TEXAS, LLC Lisa Gintz 4709 Bluebonnet Blvd., Suite A Baton Rouge LA 70809 | 03/23/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $93,949.36 | $97,536.26 | $97,536.26 | $0.00 | $0.00 | $0.00 | $97,536.26 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 24 | ALLENDORPH SPECIALTIES, INC. 201 Stanton Rd Broussard LA 70518-3430 | 03/31/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $353,476.28 | $353,476.28 | $353,476.28 | $0.00 | $0.00 | $0.00 | $353,476.28 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 25 | MEWBOURNE OIL COMPANY c/o Reagan L. Butts 3620 Old Bullard Rd. Tyler TX 75701 | 04/21/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $98,850.00 | $100,500.00 | $100,500.00 | $0.00 | $0.00 | $0.00 | $100,500.00 |
| **Claim Notes:** | Updated pay address Allow | | | | | | | | | | | |
| 26 | AIR POWER SALES & SERVICE 823 West Marshall Ave Longview TX 75601 | 04/27/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $24,158.00 | $34,155.00 | $34,155.00 | $0.00 | $0.00 | $0.00 | $34,155.00 |
| **Claim Notes:** | Pay address Allow | | | | | | | | | | | |
| 27 | CNA COMMERCIAL INSURANCE 23453 Network Place Chicago IL 60673 | 05/11/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,113.15 | $10,113.15 | $0.00 | $0.00 | $0.00 | $10,113.15 |
| **Claim Notes:** | Updated pay address Allow | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 6                                                                                     Exhibit C

| Case No. | 19-45206-ELM | | Trustee Name: | Shawn K. Brown |
| Case Name: | SYNERGY FABRICATION, INC. | | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | TEXAS COMPTROLLER  Revenue Accounting Division-Att: Bankruptcy PO Box 13528 Austin TX 78711 | 05/13/2020 | Priority Claims of Governmental Units - 507(a)(8) | Amended | 5800-000 | $10,531.97 | $9,659.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Updated pay address
Amended

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28a | COMPTROLLER OF PUBLIC ACCOUNTS  Revenue Accounting Division: Att. Bankruptcy PO Box 13528 Austin TX 78711 | 05/13/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,531.97 | $1,881.47 | $1,881.47 | $0.00 | $0.00 | $0.00 | $1,881.47 |

**Claim Notes:** Updated pay address
Penalty portion
Allow

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28A | COMPTROLLER OF PUBLIC ACCOUNTS  C/O Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | 05/13/2020 | Priority Claims of Governmental Units - 507(a)(8) | Allowed | 5800-000 | $0.00 | $33,626.67 | $33,626.67 | $0.00 | $0.00 | $0.00 | $33,626.67 |

**Claim Notes:** (28-1) Franchise Tax Ch. 171(28-2) Franchise Tax Ch. 171

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | COMPTROLLER OF PUBLIC ACCOUNTS  Revenue Accounting Division: Att. Bankruptcy PO Box 13528 Austin TX 78711 | 05/13/2020 | Priority Claims of Governmental Units - 507(a)(8) | Withdrawn | 5800-000 | $10,531.97 | $15,574.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (29-1) Sales and Use Tax Ch. 151 (321, 322, 323)
Updated pay address
Estimated
Withdrawn 10.20.20

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 19-45206-ELM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29a | COMPTROLLER OF PUBLIC ACCOUNTS C/O Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | 05/13/2020 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $52.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (29-1) Sales and Use Tax Ch. 151 (321, 322, 323) Withdrawn ECF # 34 10.20.20 | | | | | | | | | | | |
| 30 | GREENES ENERGY GROUP, LLC 11757 Katy Freeway, Suite 700 Houston TX 77079 | 05/28/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $34,179.87 | $34,176.87 | $34,176.87 | $0.00 | $0.00 | $0.00 | $34,176.87 |
| **Claim Notes:** | Updated pay address Allow | | | | | | | | | | | |
| 31 | BONDED INSPECTIONS, INC. Steve fFain, President 10817 Sanden Drive Dallas TX 75238 | 05/29/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $185,126.99 | $199,434.35 | $199,434.35 | $0.00 | $0.00 | $0.00 | $199,434.35 |
| **Claim Notes:** | Updated pay address Allow | | | | | | | | | | | |
| 32 | LYNCO FLANGE & FITTING, INC. c/o Dunwoody Law Firm PLLC 2500 Tanglewilde Suite 150 Houston TX 77063 | 05/29/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $142,340.63 | $142,340.63 | $142,340.63 | $0.00 | $0.00 | $0.00 | $142,340.63 |
| **Claim Notes:** | Allow | | | | | | | | | | | |
| 33 | MCNABB EQUIPMENT SERVICES, LLC c/o Meagan Martin Powers Martin Powers & Counsel, PLLC 600 E. John Carpenter Fwy., Suite 234 Irving TX 75062 | 06/02/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $15,000.00 |
| **Claim Notes:** | Allow | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 8          Exhibit C

| Case No. | 19-45206-ELM | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | SOUTHWEST METAL TREATING CORP. PO Box 6270 Fort Worth TX 76115 | 07/06/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $145,256.16 | $146,569.56 | $146,569.56 | $0.00 | $0.00 | $0.00 | $146,569.56 |

**Claim Notes:** Updated pay address
Original POC filed as a pleading Jan 8, 2020
Allow

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | FLAMECO INDUSTRIES PO BOX 4303 TULSA OK 74159 | 07/20/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $12,600.00 | $12,600.00 | $12,600.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |

**Claim Notes:** Amends 11
Allow

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | PRESTIGE VALVE & SUPPLY, LLC PO Box 863 Haslet TX 76052 | 07/20/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $40,998.35 | $40,998.35 | $40,998.35 | $0.00 | $0.00 | $0.00 | $40,998.35 |

**Claim Notes:** Amends 19 to add proper name of claimant.
Allow

|  |  |  |  |  |
|---|---|---|---|---|
| $2,815,437.66 | $2,713,037.25 | $118,350.90 | $0.00 | $0.00 $2,594,686.35 |

CLAIM ANALYSIS REPORT
Exhibit C

| Case No. | 19-45206-ELM | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SYNERGY FABRICATION, INC. | Date: | 7/22/2021 |
| Claims Bar Date: | 06/02/2020 | | |

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $18.43 | $18.43 | $18.43 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other | $14,233.50 | $14,233.50 | $14,233.50 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee | $4,812.50 | $4,812.50 | $4,812.50 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Expenses | $17,128.78 | $17,128.78 | $17,128.78 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $2,610,621.87 | $2,537,651.52 | $0.00 | $0.00 | $0.00 | $2,537,651.52 |
| Personal Prop & Intang - Consensual | $86,354.24 | $82,157.69 | $82,157.69 | $0.00 | $0.00 | $0.00 |
| Priority Claims of Governmental Units - 507(a)(8) | $58,860.18 | $33,626.67 | $0.00 | $0.00 | $0.00 | $33,626.67 |
| Trustee Compensation | $22,958.94 | $22,958.94 | $0.00 | $0.00 | $0.00 | $22,958.94 |
| Trustee Expenses | $449.22 | $449.22 | $0.00 | $0.00 | $0.00 | $449.22 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     19-45206-ELM7
Case Name:    SYNERGY FABRICATION, INC.
Trustee Name:    Shawn K. Brown

Balance on hand:  _____ $271,001.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
|  | Hal Allen Family, LP | $86,354.24 | $82,157.69 | $82,157.69 | $0.00 |

Total to be paid to secured creditors:  _____ $0.00
Remaining balance:  _____ $271,001.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Shawn K. Brown, Trustee Fees | $22,958.94 | $0.00 | $22,958.94 |
| Shawn K. Brown, Trustee Expenses | $449.22 | $0.00 | $449.22 |
| The Law Office of Shawn K. Brown PLLC, Attorney for Trustee Fees | $4,812.50 | $4,812.50 | $0.00 |
| Lain Faulkner & Co., Accountant for Trustee Fees | $14,233.50 | $14,233.50 | $0.00 |
| Lain Faulkner & Co., Accountant for Trustee Expenses | $18.43 | $18.43 | $0.00 |
| Rosen Systems, Inc., Auctioneer for Trustee Expenses | $17,128.78 | $17,128.78 | $0.00 |
| Clerk of the U.S. Bankrupptcy Court Northern District of Texas, Clerk of the Court Costs | $181.00 | $181.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:  _____ $23,408.16
Remaining balance:  _____ $247,593.34

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $247,593.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $33,626.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28A | Comptroller of Public Accounts | $33,626.67 | $0.00 | $33,626.67 |

Total to be paid to priority claims: $33,626.67
Remaining balance: $213,966.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,537,651.52 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Jet Specialty, Inc. | $9,257.20 | $0.00 | $780.53 |
| 2 | Baxter Bailey & Associates, Inc. | $29,250.00 | $0.00 | $2,466.26 |
| 3 | Haigood & Campbell, LLC | $8,416.96 | $0.00 | $709.68 |
| 4 | Euler Hermes N.A as Agent for Willbanks Metals, Inc. | $19,320.00 | $0.00 | $1,629.00 |
| 5 | Atmos Energy Corporation | $446.61 | $0.00 | $37.66 |
| 6 | Premium Weld Services, Inc. | $45,730.34 | $0.00 | $3,855.84 |
| 7 | Industrial Refractory | $11,673.79 | $0.00 | $984.30 |
| 8 | Service Waste, Inc. | $1,883.59 | $0.00 | $158.82 |
| 10 | Blaylock Gasket & Packing | $3,862.28 | $0.00 | $325.66 |
| 11 | synergy fabrication | $0.00 | $0.00 | $0.00 |
| 12 | Bob Davis Sales, Inc. | $1,760.45 | $0.00 | $148.44 |
| 13 | American Piping Products, Inc. | $203,049.62 | $0.00 | $17,120.50 |
| 14 | Baker Tankhead | $27,613.00 | $0.00 | $2,328.24 |

| 15 | Frisa Forjados S.A. DE C.V. | $448,880.00 | $0.00 | $37,848.13 |
|---|---|---|---|---|
| 16 | Fort Worth F&D Head Company | $244,012.00 | $0.00 | $20,574.31 |
| 17 | Merdeca, LLC | $105,385.50 | $0.00 | $8,885.77 |
| 18 | Camino Natural Resources LLC | $127,136.00 | $0.00 | $10,719.70 |
| 19 | Prestige Valve & Supply, LLC | $0.00 | $0.00 | $0.00 |
| 20 | Triple S Steel Holdings, Inc. | $45,361.95 | $0.00 | $3,824.77 |
| 21 | Saia Motor Freight Line LLC | $288.92 | $0.00 | $24.36 |
| 22 | Williams Scotsman Inc. | $15,541.39 | $0.00 | $1,310.40 |
| 23 | Gas and Supply North Texas, LLC | $97,536.26 | $0.00 | $8,223.95 |
| 24 | Allendorph Specialties, Inc. | $353,476.28 | $0.00 | $29,803.99 |
| 25 | Mewbourne Oil Company | $100,500.00 | $0.00 | $8,473.84 |
| 26 | Air Power Sales & Service | $34,155.00 | $0.00 | $2,879.84 |
| 27 | CNA Commercial Insurance | $10,113.15 | $0.00 | $852.71 |
| 28a | Comptroller of Public Accounts | $1,881.47 | $0.00 | $158.64 |
| 30 | Greenes Energy Group, LLC | $34,176.87 | $0.00 | $2,881.68 |
| 31 | Bonded Inspections, Inc. | $199,434.35 | $0.00 | $16,815.67 |
| 32 | Lynco Flange & Fitting, Inc. | $142,340.63 | $0.00 | $12,001.71 |
| 33 | McNabb Equipment Services, LLC | $15,000.00 | $0.00 | $1,264.75 |
| 34 | Southwest Metal Treating Corp. | $146,569.56 | $0.00 | $12,358.28 |
| 35 | Flameco Industries | $12,600.00 | $0.00 | $1,062.39 |
| 36 | Prestige Valve & Supply, LLC | $40,998.35 | $0.00 | $3,456.85 |

Total to be paid to timely general unsecured claims: $213,966.67
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |