**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 19-45206-ELM |
| SYNERGY FABRICATION, INC. | § § § § | CHAPTER 7 |
| DEBTOR | § § | |

### CERTIFICATE OF NO OBJECTIONS (Docket No. 57)

On August 27, 2021, Shawn K. Brown, chapter 7 Trustee ("Trustee"), filed and served his Final Application for Allowance of Trustee Compensation and Reimbursement of Expenses for the Chapter 7 Trustee (the "Application"). Pursuant to N.D. Tex. L.B.R. 9007-1(c), as part of the Application, the Trustee gave notice of a response deadline of at least 21 days after service of the Application. The Application was served by mail and/or the Court's CM/ECF electronic filing system. Responses were to be served no later than September 17, 2021. Any objections to the Application were to have been served on the Trustee. As of the filing date of this Certificate, the Trustee has received no objections or responses, and the docket reflects that no objections or responses have been filed.

Respectfully submitted,

THE LAW OFFICE OF SHAWN K. BROWN PLLC

/s/ Shawn K. Brown
TX Bar No. 03170490
PO Box 93749
Southlake TX 76092
(817) 488-6023
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE