

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 21, 2021**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYNERGY FABRICATION, INC. | § | CASE NO.19-45206-ELM |
| | § | |
| | § | |
| Debtor | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION
### FOR COMPENSATION AND EXPENSES

    The court has considered the *Application for Trustee's Compensation and Expenses* ("Application") in which Shawn K. Brown, the chapter 7 trustee for the estate requests compensation in the amount of $22,958.94, and reimbursement of expenses in the amount of $449.22. The Court having determined that the request for compensation and expenses should be granted, it is

    ORDERED that Application is granted; it is further

    ORDERED that compensation in the amount of $22,958.94, and reimbursement of expenses in the amount of $449.22 is allowed; and it is further

    ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

# # #End of Order# # #